EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 170-2004-03085 |

Delaware Department of Labor _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Kenneth A. Boyd | (302) 764-6277 | 08-16-1961 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4607 Talley Hill Lane, Wilmington DE 19803 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Wilmington Police Department | 500 or More | (302) 571-4524 |

| Street Address | City, State and ZIP Code |
|---|---|
| 300 North Walnut Street, Wilmington DE 19801 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04/12/2004   Latest: 04/12/2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent as a Police Officer in October 1986. In November of 1999, I was last transferred to Detective. Since 1989, I have taken the test approximately six times and never ~~promotion~~. scored high enough to be placed in band one or two. However, in 2002 I tested extremely well and put myself in a good position to be promoted. *K.B.*

For the past 3 years Chief of Police, Michael Szczerba has consistently made promotions for Sergeant based on seniority (class year they graduated) within the bands. Only one Black female was promoted since his being awarded the position in 2001. In April of 2004, I was passed over for a position in which I was the next in line based on band and seniority (graduated three years earlier that selectee). A younger (35ish) Hispanic male (Rodriguez) with less seniority was placed into the position. City council notes of a Public County Meeting on April 20, 2004 indicate that recent promotions reflect demographics. I believe this indicated his being Hispanic was the reason he was selected over me.

Another Black male, Faheem Akil, was skipped over in ~~2002 and~~ 2004 even though next in line according to seniority (seniority based on class year they graduated). *K.B. ← Please delete* *(he was) please add K.B.*

Also I believe that aged played a factor as myself and two other eligible candidates (that should have been selected after me but before Rodriguez) were within the protected age bracket and older than Rodriguez. Those other coworkers looked over were Curry and Hauck (race=white).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/31/04   /s/ Kenneth Boyd
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE *(Continued from previous page):*

**No explanation for my non-selection has been given to me.**

**I believe that in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended, I have been denied promotion based on my race, black, national origin, African American and age, 43. I believe these discriminatory promotion issues effects a class of non-Hispanics (myself being African American) and/or those in the protected age bracket.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8/31/04          *Kennett Bop*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |