AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

5 - 1 7 8

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___3-22-05___  ___[signature]___
(Date forms issued)   (Signature of Party or their Representative)

___Brian Crossan___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action