IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-178 KAJ |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO:   Clerk of Court
 United States District Court for the District of Delaware
 844 North King Street
 Lock Box 18
 Wilmington, DE 19801

Please enter the appearance of Rosamaria Tassone, Esquire as counsel for the Defendant, Wilmington Police Department in the above captioned matter. The Defendant expressly reserves the right to answer, move, or otherwise plead to the Plaintiff's Complaint in this matter.

  /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-178 KAJ |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire, Esquire, hereby certify that on this 4th day of April, 2005, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

  /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

.