## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **CHAMBERS OF**<br>**KENT A. JORDAN**<br>**DISTRICT JUDGE** | **LOCKBOX 10**<br>**844 KING STREET**<br>**U.S. COURTHOUSE**<br>**WILMINGTON, DELAWARE 19801** |

April 14, 2005

| | |
|---|---|
| Jeffrey K. Martin, Esq.<br>Margolis Edelstein<br>1509 Gilpin Avenue<br>Wilmington, DE  19806 | Rosamaria Tassone, Esq.<br>City of Wilmington Law Dept.<br>800 N. French Street - 9th Fl.<br>Wilmington, DE  19801 |

Re:  Kenneth A. Boyd v. Wilmington Police Department
<u>Civil Action No. 05-178-KAJ</u>

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

/s/ Kent A. Jordan
Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court