IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-178(KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on June 15, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Initial Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Initial Disclosures* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

Rosemaria Tassone, Assistant City Solicitor
City of Wilmington
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, Delaware 19801

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff Kenneth A. Boyd

Dated: June 15, 2005