IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
       Plaintiff, :
:
                                                         : C.A. No. 05-178 KAJ
v. : TRIAL BY JURY DEMANDED
:
WILMINGTON POLICE DEPARTMENT, :
:
       Defendant. :

## NOTICE OF SERVICE

I, Keri L. Morris, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Response to Defendant's First Request for Production Directed to Plaintiff*** were sent via courier service on September 7, 2005 to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

                                      MARGOLIS EDELSTEIN

                                      */s/ Keri L. Morris*
                                      Jeffrey K. Martin, Esquire (#2407)
                                      Keri L. Morris, Esquire (#4656)
                                      1509 Gilpin Avenue
                                      Wilmington, Delaware 19806
                                      (302) 777-4680 phone
                                      (302) 777-4682 facsimile
                                      jmartin@margolisedelstein.com
                                      kmorris@margolisedelstein.com
                                      Attorneys for Plaintiff