# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 7th day of October, 2005, two (2) copies of the Notice of Deposition were served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

        Jeffrey K. Martin, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/ Rosamaria Tassone
        Rosamaria Tassone, Esquire (I.D. #3546)
        Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175
        Attorney for Defendant

cc:    Wilcox & Fetzer