**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **KENNETH A. BOYD,** | : | |
| **Plaintiff,** | : | **C.A. No. 05-178(KAJ)** |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **WILMINGTON POLICE DEPARTMENT,** | : | |
| **Defendant.** | : | |

**INTERIM STATUS REPORT**

This 26th day of October, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f) in preparation for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b), and per the Scheduling Order issued on June 10, 2005, Plaintiff Kenneth A. Boyd, by and through the undersigned counsel, hereby submits his Interim Status Report:

1. **Jurisdiction and Service.** The Court has subject matter jurisdiction, all parties are subject to the Court's jurisdiction and no party remains to be served.

2. **Substance of the Action.** Plaintiff, Kenneth A. Boyd, an employee of the Wilmington Police Department, filed this action in the United States District Court in and for the District of Delaware on March 22, 2005. On April 12, 2005, the Defendant filed its Answer to the Complaint. Plaintiff's action is for racial discrimination, failure to promote and breach of the covenant of good faith and fair dealing. Plaintiff alleges that Defendant violated and continues to violate 42 U.S.C. §2000(e)-2(a) and 3(a), 42 U.S.C. § 1981 and §35-111 of Article IV of the Charter of the City of Wilmington. The basis for

the action is that Defendant discriminated against Plaintiff, an African American employee, and denied Plaintiff career advancement opportunities.

3. **Identification of Issues.**

A. Whether the employment practices of Defendant deprived Plaintiff of equal employment opportunities because of his race?

B. Whether the practices of Defendant caused Plaintiff to experience conscious humiliation, pain and suffering, and other emotional harm?

C. Whether Defendant promoted based on seniority?

D. Whether Defendant's employment practices were intentional and done with malice and/or reckless indifference to Plaintiff's rights?

E. Whether Defendant's refusal to promote Plaintiff to a Sergeant position was based on his race?

F. What constitutes a breach of the covenant of good faith and fair dealing?

4. **Narrowing of Issues.** None.

5. **Relief.** Plaintiff in this action seeks damages for a loss of pay: past, with pre-judgment interest, present, future and prospective. Plaintiff also seeks damages for humiliation, mental anguish, and emotional pain, reasonable attorneys' fees, expert witness fees and costs, court costs, punitive damages and such other relief and damages as may be provided by law. Furthermore, Plaintiff requests that Defendant be permanently enjoined from continuing the policies and/or practices identified herein.

6. **Amendment of Pleadings.** None.

7. **Joinder of Parties.** No other parties need to be joined.

8. **Discovery.**

Paragraph 3.c of the Scheduling Order provides that all discovery must be initiated so that it will be completed on or before November 30, 2005. Defendant submitted its Federal Rule 26(a) Initial Disclosures on May 26, 2005 and Plaintiff submitted its Federal Rule 26(a) Initial Disclosures on June 15, 2005. The parties have begun written discovery and the deposition of Plaintiff will be conducted on November 2, 2005. Depositions of other witnesses will be scheduled shortly.

9. **Estimated trial length.** Trial should take four (4) days. The parties will endeavor to reduce the length of trial by entering into stipulations as necessary.

10. **Jury trial.** A jury trial has been demanded by Plaintiff.

11. **Settlement.** A mediation with Magistrate Judge Thynge is scheduled for March 17, 2006.

12. **Other Matters.** None.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff

DATE: October 26, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **KENNETH A. BOYD,** | : | |
| | : | |
| **Plaintiff,** | : | **C.A. No. 05-178(KAJ)** |
| | : | |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **WILMINGTON POLICE DEPARTMENT,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I, Jeffrey K. Martin, do hereby certify that on October 26, 2005, I electronically filed the foregoing ***Interim Status Report*** with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of ***Interim Status Report*** and the respective ***Certificate of Service*** for same via first class U.S. Mail, postage prepaid to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: October 26, 2005