IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

**JOINT MOTION TO APPROVE STIPULATION
TO AMEND THE CASE SCHEDULING ORDER**

Plaintiff, Kenneth Boyd, and Defendant, the City of Wilmington (collectively, the "Parties"), by and through their undersigned counsel, jointly move this Honorable Court to approve the attached Stipulation to Amend the Case Scheduling Order dated June 10, 2005. In support thereof, the Parties state as follows:

1. Pursuant to the June 10, 2005 Case Scheduling Order, the deadline for concluding discovery is November 30, 2005.

2. Currently, the Parties have scheduled the depositions of several Wilmington Police officers in the month of November. However, the Parties are attempting to schedule the depositions of several other Wilmington Police officers. Due to the officers' shifts and schedules, and the limited availability in counsels' calendars for the months of November and December due to scheduled trials in other cases, the Parties are unable to schedule the remaining depositions by November 30, 2005.

WHEREFORE, for the foregoing reasons, the Parties respectfully move this Honorable Court to approve the attached Stipulation to Amend the Scheduling Order.

| | |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Rosamaria Tassone |
| Jeffrey K. Martin (I.D. No. 2407) | Rosamaria Tassone (I.D. No. 3546) |
| Margolis Edelstein | Assistant City Solicitor |
| 1509 Gilpin Avenue | City of Wilmington Law Department |
| Wilmington, DE 19806 | Louis L. Redding City/County Bldg. |
| Attorney for Plaintiff | 800 N. French Street, 9th Floor |
| | Wilmington, DE 19801 |
| | Attorney for Defendant |
| Dated: November 1, 2005 | Dated: November 1, 2005 |