IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION TO AMEND THE CASE SCHEDULING ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the Court's approval, that the Case Scheduling Order dated June 10, 2005 shall be amended as follows:

| | |
|---|---|
| Discovery Cutoff (Fact and Expert) | January 30, 2006 |
| Case Dispositive Motions and Opening Brief | February 28, 2006 |
| Answering Brief | March 30, 2006 |
| Reply Brief | April 14, 2006 |
| Pre-trial Conference | September 5, 2006 at 4:30 p.m. |
| Trial Date | October 2, 2006 (Jury/4 days) |

| | |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Rosamaria Tassone |
| Jeffrey K. Martin (I.D. No. 2407) | Rosamaria Tassone (I.D. No. 3546) |
| Margolis Edelstein | Assistant City Solicitor |
| 1509 Gilpin Avenue | City of Wilmington Law Department |
| Wilmington, DE 19806 | Louis L. Redding City/County Bldg. |
| Attorney for Plaintiff | 800 N. French Street, 9th Floor |
| | Wilmington, DE 19801 |
| | Attorney for Defendant |
| | |
| Dated: November 1, 2005 | Dated: November 1, 2005 |

SO ORDERED this _____ day of _____, 2005

_____
The Honorable Kent A. Jordan