**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.  05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire, hereby certify that on this 8th day of November, 2005, two

(2) copies of the Re-Notice of Deposition were served with the Clerk of Court using CM/ECF which

will send notification of such filing(s) to the following and that these documents are available for

viewing and downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> CITY OF WILMINGTON LAW DEPARTMENT

> /s/ Rosamaria Tassone
> Rosamaria Tassone, Esquire (I.D. #3546)
> Assistant City Solicitor
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendant

cc:    Wilcox & Fetzer