IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
        Plaintiff, :
:
                                                 : C.A. No. 05-178 KAJ
v. : TRIAL BY JURY DEMANDED
:
WILMINGTON POLICE DEPARTMENT, :
:
        Defendant. :

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 23, 2005, I caused two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant's Second Request for Production* were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

                                      MARGOLIS EDELSTEIN

                                      Jeffrey K. Martin, Esquire (#2407)
                                      Timothy J. Wilson, Esquire (#4323)
                                      1509 Gilpin Avenue
                                      Wilmington, Delaware 19806
                                      (302) 777-4680 phone
                                      (302) 777-4682 facsimile
                                      jmartin@margolisedelstein.com