## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 3rd day of January, 2006, two (2) copies of the Re-Notice of Deposition were served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>CITY OF WILMINGTON LAW DEPARTMENT

>/s/ Rosamaria Tassone
>Rosamaria Tassone, Esquire (I.D. #3546)
>Assistant City Solicitor
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>(302) 576-2175
>Attorney for Defendant

cc:   Wilcox & Fetzer