IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
      Plaintiff, :
: C.A. No. 05-178 KAJ
v. : TRIAL BY JURY DEMANDED
:
WILMINGTON POLICE DEPARTMENT, :
:
      Defendant. :

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on January 9, 2006, I caused two (2) true and correct copies of the foregoing *Notice of Deposition* were delivered via US mail, postage prepaid, to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
*Attorney for Defendant*

                                  MARGOLIS EDELSTEIN

                                  /s/ Jeffrey K. Martin
                                  Jeffrey K. Martin, Esquire (#2407)
                                  1509 Gilpin Avenue
                                  Wilmington, Delaware 19806
                                  (302) 777-4680 phone
                                  (302) 777-4682 facsimile
                                  jmartin@margolisedelstein.com
                                  *Attorney for Plaintiff*