IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### RE-NOTICE OF DEPOSITION OF GILBERT HOWELL

TO: Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral depositions of **Gilbert Howell** pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Monday January 23, 2006 beginning at 1:00 p.m. in the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, Delaware 19806-3015.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
jmartin@margolisedelstein.com
*Attorney for Plaintiff*

Dated: January 19, 2006
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

        Plaintiff,

v.

WILMINGTON POLICE DEPARTMENT,

        Defendant.

C.A. No. 05-178 KAJ

TRIAL BY JURY DEMANDED

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on January 10, 2006, I electronically filed the *Notice of Deposition of* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
*Attorney for Defendant*

                                            MARGOLIS EDELSTEIN

                                            Jeffrey K. Martin, Esquire (#2407)
                                            1509 Gilpin Avenue
                                            Wilmington, Delaware 19806