## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 30th day of January, 2006, I hand delivered Defendant's Response to Plaintiff's First Set of Interrogatories Directed to Defendant, Defendant's Response to Plaintiff's First Request for Production of Documents Directed to Defendant and Defendant's Response to Plaintiff's First Request for Admissions Directed to Defendant to the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

I also filed the Certificate of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the above named individual.

> /s/ Rosamaria Tassone
> Rosamaria Tassone, Esquire (I.D. #3546)
> Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> Attorney for Defendant Wilmington Police Department