IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

**REVISED STIPULATION TO AMEND THE CASE BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the Court's approval, that the Briefing Schedule for the above referenced matter shall be amended as follows:

| | |
|---|---|
| Case Dispositive Motions and Opening Brief Due | March 8, 2006 |
| Answering Brief Due | April 7, 2006 |
| Reply Brief Due | April 23, 2006 |

| | |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Rosamaria Tassone |
| Jeffrey K. Martin (I.D. No. 2407) | Rosamaria Tassone (I.D. No. 3546) |
| Margolis Edelstein | Assistant City Solicitor |
| 1509 Gilpin Avenue | City of Wilmington Law Department |
| Wilmington, DE 19806 | Louis L. Redding City/County Bldg. |
| Attorney for Plaintiff | 800 N. French Street, 9th Floor |
| | Wilmington, DE 19801 |
| | Attorney for Defendant |
| | |
| Dated: March 2, 2006 | Dated: March 2, 2006 |

It is SO ORDER this _____ day of _____, 2006.

_____
J.