**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

**DEFENDANT WILMINGTON POLICE DEPARTMENT'S
MOTION TO SEAL THE PERSONNEL FILES
OF CERTAIN WILMINGTON POLICE OFFICERS CONTAINED IN VOLUMES I - III
OF DEFENDANT'S APPENDIX FILED IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT**

For the reasons stated herein, Defendant Wilmington Police Department, by and through its counsel, respectfully requests that this Honorable Court grant its motion to keep the personnel files of certain police officers under seal in the above captioned case. In support of its request, Defendant states the following:

1) As part of the discovery proceedings in the above captioned matter, Plaintiff requested the personnel files of certain Wilmington police officers, including Plaintiff's personnel file. Portions of the officer's personnel files are contained in Volumes I - III of Defendant's Appendix filed in support of its Motion for Summary Judgment.

2) According to 11 Del. C. § 9200, et. seq., (hereafter referred to as the "Delaware Law Enforcement Officer's Bill of Rights"), such information is privileged from disclosure absent an order from a court of competent jurisdiction.

3) Because the information contained in Volumes I - III fall within the privilege set forth in the Delaware Law Enforcement Officer's Bill of Rights, Defendant respectfully

   requests that this Honorable Court order Volumes I - III of Defendant's Appendix filed in support of its Motion for Summary Judgment sealed in order to ensure that the purpose of the State statute and the privilege it sets forth are honored. By sealing Volumes I-III, only the parties and court staff will have access to the deposition transcript and the information will be protected to the fullest extent possible.[1]

4) Counsel for Defendant spoke with counsel for the Plaintiff via telephone regarding the Defendant's Motion to Seal said documents.

5) Counsel for Plaintiff indicated that there is no opposition to the Defendant's Motion to Seal Volumes I - III of Defendant's Appendix.

---

[1] The presumption against sealing documents filed in support of case dispositive pre-trial motions is not absolute. In this case, the existence of a Delaware Law which grants a privilege is *per se* evidence of a "particularized need" for secrecy. See Leucadia, Inc. v. Applied Extrusion Technologies, Inc., 998 F.2d 157, 164-5 (3d Cir. Del. 1993) (holding that a presumptive right exists in public access to information filed in connection with case dispositive pre-trial motions).

> "[T]o overcome the presumption [of access which the common law affords], the party seeking protection must show good cause by demonstrating a particular need for protection." Id. (*quoting* Cipollone v. Liggett Group, Inc., 785 F.2d 1108, 1121 (3d Cir. 1986)) (emphasis added). In other words, the court must engage in a "careful fact finding [process which] balances the competing interests" at stake in order to determine whether "the strong presumption of openness can be overcome by the secrecy interests of private litigants." 998 F.2d at 167."

Joint Stock Soc'y v. UDV N. Am., Inc., 104 F. Supp. 2d 390, 395-7 (D. Del. 2000), *aff'd* Joint Stock Soc'y v. UDV N. Am., Inc., 266 F.3d 164 (3d Cir. Del. 2001).

WHEREFORE, Defendant respectfully requests that this Court enter an order sealing Volumes I - III of Defendant's Appendix filed in support of its Motion for Summary Judgment and attached hereto.

                                                **CITY OF WILMINGTON, LAW DEPARTMENT**

                                                /s/ Rosamaria Tassone
                                                ROSAMARIA TASSONE, ESQUIRE (I.D. #3546)
                                                City of Wilmington, Law Department
                                                800 N. French Street, 9th Floor
                                                Wilmington, DE 19801
                                                (302) 576-2175
                                                Attorney for Defendant Wilmington Police Department

Dated:       March 8, 2006