IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant Wilmington Police Department's Motion to Seal the Personnel File of Certain Wilmington Police Officers Contained in Volumes I – III of Defendant's Appendix Filed in Support of Its Motion for Summary Judgment,

IT IS HEREBY ORDERED and DECREED that Volumes I – III of Defendant's Appendix shall be sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff.

_____
J.