IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

(1) Appendix to Defendant's Opening Brief in Support of Its Motion for Summary Judgment Volume I - Volume V.

(2) Compendium to Defendant's Opening Brief in Support of Its Motion for Summary Judgment

The original documents are maintained in the case file in the Clerk's Office.

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Rosamaria Tassone, Esquire
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801
Attorney for Defendant Wilmington Police Department

DATED: March 8, 2006