## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

Having reviewed Defendant's Motion for Summary Judgment; and there being no material issue of genuine fact;

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Complaint is Dismissed with prejudice.

_____
J.