IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

    Plaintiff,

v.

WILMINGTON POLICE DEPARTMENT,

    Defendant.

C.A. No. 05-178 KAJ

TRIAL BY JURY DEMANDED

## ORDER

AND NOW, this 9th day of March, 2006, upon consideration of Defendant Wilmington Police Department's Motion to Seal the Personnel File of Certain Wilmington Police Officers Contained in Volumes I – III of Defendant's Appendix Filed in Support of Its Motion for Summary Judgment,

IT IS HEREBY ORDERED and DECREED that Volumes I – III of Defendant's Appendix shall be sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff.

_____
J.