# TAB A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
|     Plaintiff, | : |
| | :    C.A. No. 05-178 (KAJ) |
| v. | :    TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
|     Defendant. | : |

### AFFIDAVIT OF KENNETH A. BOYD

I, Kenneth A. Boyd, being duly sworn according to law, hereby depose and say as follows:

1. I am the Plaintiff in the above-captioned matter.

2. With regard to promotions to the rank of lieutenant from the 2000-2002 promotional list, Band I was comprised of the following candidates, in order of seniority: Clayton Smith (b); Robert Fox (w); Mitchell Rock (w); Carolyn Henry (w); Robert Williams (w).

3. Four promotional openings existed and Chief Szczerba promoted Fox, Smith, Henry, and Rock at the same time on January 3, 2001. Williams, the most junior member of the Band was promoted last.

4. By promoting Fox, Smith, Rock, and Henry before promoting Williams, the Chief promoted lieutenants from the 2000-2002 promotional list in order of seniority.

5. With regard to the rank of sergeant from the 2000-2002 promotional list, Band I was comprised of the following candidates, in order of seniority: Mayna Santiago

(h); Thomas Dempsey (w); Steven Barnes (w); Walter Ferris (w); Sherrie Tull (b); Donald Bluestein (w); Scott Jones (w).

6. Chief Szczerba promoted Dempsey, Barnes, Santiago, and Ferris at the same time on January 3, 2001. Tull, the fifth most senior in the band, was promoted after the four most senior officers.

7. By promoting Dempsey, Barnes, Santiago and Ferris before promoting Tull, the Chief promoted sergeants from the 2000-2002 promotional list in order of seniority.

8. Subsequently, Donald Bluestein, the sixth most senior officer in the band, was appointed as acting sergeant when there was a deficiency in the number of sergeants.

9. The appointment of Bluestein to the position of acting sergeant, rather than Scott Jones, the most junior in the band, further indicates that appointments were made on the basis of seniority.

10. With regard to the rank of lieutenant from the 2002-2004 promotional list, Band I was comprised of the following candidates, in order of seniority: John Fogelgren (w); John Snyder (w); Bruno Battaglia (w); Faheem Akil (b); William Browne (w); and Mayna Santiago (h).

11. Chief Szczerba promoted John Snyder in November 2002, then Battaglia in December of 2003 and finally, Browne in March of 2004.

12. Chief Szcerzba's promotions to the rank of lieutenant from the 2002-2004 promotional list were also on the basis of seniority with the exceptions of John Fogelgren who retired and Fahim Akil who is African-American similar to myself.

13. With regard to the rank of sergeant from the 2002-2004 promotional list, Band I was comprised of the following candidates, in order of seniority: Raymond Wyatt (w); Scott Jones (w); Deborah Donohue (w).

14. Chief Szczerba promoted Wyatt, Jones and Donohue in November, 2002, February, 2003 and March, 2003, respectively.

15. By promoting Wyatt (the first most senior), then Jones (the second most senior) and finally, Donohue (the third most senior), the Chief was promoting on the basis of seniority.

16. Band II of the 2002-2004 promotional list was comprised of the following candidates, in order of seniority: Dennis O'Connor (w); Joseph Sammons (w); Liam Sullivan (w); Kenneth Boyd (b); Robert Curry (w); Ralph Hauck (w); Michael Rodriguez (h); Anthony Harris (b); Charles Emory (b); Stephen Misetic (w).

17. Chief Szczerba promoted in order of seniority by promoting O'Connor, Sammons, Sullivan in July, 2003, December, 2003, and March 2004, respectively.

18. Thereafter, in April 2004, Chief Szczerba chose to promote Rodriguez rather than myself, the next most senior officer in Band II.

_____
Kenneth A. Boyd

SWORN TO AND SUBSCRIBED before
this 6th day of April, 2006.

_____
Notary Public

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW