**TAB B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,                              :
                                              :
        Plaintiff,                            :    C.A. No. 05-178 (KAJ)
                                              :
                                              :    TRIAL BY JURY DEMANDED
                                              :
WILMINGTON POLICE DEPARTMENT,                 :
                                              :
        Defendant.                            :

### PLAINTIFF KENNETH A. BOYD'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT

Pursuant to Federal Rule of Civil Rule 36, Plaintiff Kenneth A. Boyd, by and through his undersigned counsel, requests the Defendant to admit the truth of the following:

1. Plaintiff is an African-American.

ANSWER:

2. Plaintiff is/was qualified to be promoted to the rank of Sergeant during the promotional years of 2000-2002 and 2002-2004.

ANSWER:

3. Despite Plaintiff's qualifications, during the promotional years of 2000-2002 and 2002-2004, the Wilmington Police Department failed to promote him to the rank of Sergeant.

ANSWER:

4. Plaintiff suffered an adverse employment action when he was not promoted to the rank of Sergeant during the promotional years of 2000-2002 and 2002-2004..

ANSWER:

5. To be eligible for a promotion to the rank of Sergeant, an officer must participate in the Management Scientist II testing.

ANSWER:

6. When the Police Chief appoints an officer, Management Scientist II is not involved.

ANSWER:

7. After placement in the Band, Chief Szczerba promotes eligible officers on the basis of his or her seniority.

ANSWER:

8. Michael Rodriquez has three (3) years less seniority than Plaintiff.

ANSWER:

9. Michael Rodriquez is not African American.

ANSWER:

10. Chief Szczerba told his staff officers during several staff meetings during the 2002-2004 promotional years that he was promoting officers based on seniority.

ANSWER:

11. Chief Szczerba told Debbie Donahue during the (2002-2004) promotional year that he was promoting by seniority.

ANSWER:

12. Chief Szczerba appointed Inspector James Wright to the rank of Inspector.

ANSWER:

13. Chief Szczerba appointed Captain Bobby Cummings to the rank of Captain.

ANSWER:

14. Chief Szczerba appointed Captain Victor Ayala to the rank of Captain.

ANSWER:

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorney for Plaintiff Kenneth A. Boyd

Dated: September 29, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, Esquire, do hereby certify that on September 29, 2005, I caused two (2) true and correct copies of the foregoing *Plaintiff Kenneth A. Boyd's First Request for Admissions Directed to Defendant* were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com