**TAB C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

    Plaintiff,

C.A. No. 05-178 (KAJ)

TRIAL BY JURY DEMANDED

WILMINGTON POLICE DEPARTMENT,

    Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT

1. Plaintiff is an African-American.

ANSWER: Admitted.

2. Plaintiff is/was qualified to be promoted to the rank of Sergeant during the promotional years of 2000-2002 and 2002-2004.

ANSWER: Denied as stated. By way of further explanation, Plaintiff participated in the Scientific Management Promotional Test in 2000 and 2002. In 2000-2002 period, Plaintiff's score placed in him band IV. In 2002-2004, Plaintiff's score placed him in band II. In both promotional time period, the list expired before all candidates could be promoted out of band II. All candidates in a band from which Chief Sczcerba is selecting are eligible for promotion. In 2002-2004, that included Plaintiff.

3. Despite Plaintiff's qualifications, during the promotional years of 2000-2002 and 2002-2004, the Wilmington Police Department failed to promote him to the rank of Sergeant.

**ANSWER:** Denied as stated. In 2000-2002 Plaintiff's score placed him in Band IV. The promotional list expired before selection could be made from Band IV. Admitted Plaintiff was not promoted on 2002-2004.

4. Plaintiff suffered an adverse employment action when he was not promoted to the rank of Sergeant during the promotional years of 2000-2002 and 2002-2004.

**ANSWER:** Denied.

5. To be eligible for a promotion to the rank of Sergeant, an officer must participate in the Management Scientist II testing.

**ANSWER:** Admitted.

6. When the Police Chief appoints an officer, Management Scientist II is not involved.

**ANSWER:** Denied as stated. Candidates for the ranks of Captain and Inspector are not required to take the promotional test administered by Management Scientists II.

7. After placement in the Band, Chief Szczerba promotes eligible officers on the basis of his or her seniority.

**ANSWER:** Denied.

8. Michael Rodriquez has three (3) years less seniority than Plaintiff.

**ANSWER:** Admitted.

9. Michael Rodriquez is not African American.

**ANSWER:** Admitted. By way of further explanation, Michael Rodriguez is Hispanic.

10. Chief Szczerba told his staff officers during several staff meetings during the 2002-2004 promotional years that he was promoting officers based on seniority.

**ANSWER:** Denied.

11. Chief Szczerba told Debbie Donahue during the (2002-2004) promotional year that he was promoting by seniority.

ANSWER: Denied.

12. Chief Szczerba appointed Inspector James Wright to the rank of Inspector.

ANSWER: Denied as stated. Chief Szczerba recommended that James Wright be promoted to the rank of Inspector.

13. Chief Szczerba appointed Captain Bobby Cummings to the rank of Captain.

ANSWER: Denied as stated. Chief Szczerba promoted Lieutenant Bobby Cummings to the rank of Captain.

14. Chief Szczerba appointed Captain Victor Ayala to the rank of Captain.

ANSWER: Denied as stated. Chief Szczerba promoted Lieutenant Victor Ayala to the rank of Captain.

/s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant

Dated: January 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
    Plaintiff, :
:
v. : C.A. No. 05-178 KAJ
: TRIAL BY JURY DEMANDED
:
WILMINGTON POLICE DEPARTMENT, :
:
    Defendants. :

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 30th day of January, 2006, I hand delivered Defendant's Response to Plaintiff's First Set of Interrogatories Directed to Defendant, Defendant's Response to Plaintiff's First Request for Production of Documents Directed to Defendant and Defendant's Response to Plaintiff's First Request for Admissions Directed to Defendant to the following:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

I also filed the Certificate of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the above named individual.

    /s/ Rosamaria Tassone
    Rosamaria Tassone, Esquire (I.D. #3546)
    Assistant City Solicitor
    City of Wilmington Law Department
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    Attorney for Defendant Wilmington Police Department