# TAB D

28 February 05
City Council
C/O President Blunt
800 N. French Street
Wilmington, Delaware 19801

The Frustrated Officers
Wilmington Police Department
300 N. Walnut Street
Wilmington, Delaware 19801

Sir,

As a member of the Wilmington Police Department it is hard to sit by idly and watch the best police department in the state, revert back to being prejudice. As a minority police officer, we are constantly passed over when it comes to promotions (example – Detective Kenneth Boyd was passed over for a sergeant's promotion on two separate occasions when he was the next in line to be promoted in the top band. One of the persons promoted over him was in a lesser band, and the chief is his child's godfather – example 2 – Sergeant Faheem Akil was the next in line to be promoted to lieutenant, however, a junior white officer was promoted instead of him. It wasn't until the disapproval of these overlooks that a black officer was promoted. This promotion was Detective Sergeant Elmer Harris to lieutenant over Faheem Akil). With the past few promotions, the chief repeatedly stated that seniority in the band is what gets promoted. When what is actually happening is if you are a good ol boy, you get promoted.

The blatant prejudice, the lies, and power hungry are separating the black and white officers. The mistrust is abundantly clear. The rules have been established and the white officers do not have to adhere.

It became even clearer as we were observing today's City Council session. When the lie was told (by the chief), that the new deployment plan was put together with the impute of all his senior staff. What he meant to say, was that that other captains offered their assistance in helping me put together the deployment plan, but I declined their assistance and only wanted Captain Marlyn Deitz and Lieutenant Mitch Rock to assist.

He took suggestions from everyone to make it look good, but everyone in the department knows who really runs it (Marlyn Dietz). There was not one of any minority officer's suggestions utilized in the deployment plan (and from speaking with some other captains theirs either).

All of the Patrol Division Lieutenants (who are white) complained that they did not have enough people. So rather disband the FRANK units (and leave ten officers there – five sector specialists and five assisting officers), they are taking officers from everyone

Margolis Edelstein
Boyd v. Wilmington Police
0008

else's division (detectives two officers, narcotics unit two officers, special operations division fourteen officers). The only captains division that was not affected by losing anyone was Marlyn Deitz. Hmmm how does that work?

Marlyn Deitz has repeatedly shown his racist side. In his latest venture, he suggested that the Special Operations Division and the Records Division (which are the only two divisions headed by black captains) be gotten rid of, and the officers put under him. He even had Captain Michael Maggitti (another white captain) suggest this to Inspector Wright. When this did not work, he came up with this new deployment plan that took the Canine unit (which for the first time ever a black officer was in charge of), W.H.A. grant officers, and the riverfront officers away from special ops black captain. Which left this captain with only six officers under him (not including a sergeant and lieutenant). But then it really hits home when you hear Marlyn Deitz in conversation in his office (with his door closed), and you here – these niggers aren't going to know what hit them if I get my way. How do you respect and look at someone the same, when you hear something like that (coming from someone in a position of authority such as his).

Everyone knows the racist antics of Lieutenant Mitch Rock. We all know about him calling Corporal Everett Turner a nigger (and the lawsuit that's ensued). But not everyone knows that he and his wife moved out of a neighborhood (where black Captain Bobbie Cummings and Lieutenant Donald Bowman live), because there were too many black people.

Because the Szczerba was promoted from the rank of lieutenant to chief (and use to work for Marlyn Deitz), Captain Deitz knows that he can have his way. When you always have the chief over to your house for dinner (and vise versa), always having lunch together, and always riding in the car with him, we know that we don't stand a chance. The bottom line is, that Marlyn is a captain with way more lead way than others. The senior admistration should be putting him in his place, and re-enforcing that he is the captain of the patrol division – NOT EVERYONE ELSES – and to other captains divisions alone.

In order for us to survive as a department the racism, the cut throat, the back stabbing, and the mistrust must stop. If not, this department / city should prepare themselves for a class action lawsuit that's soon to follow.

The ship is sinking,

The Frustrated Officers

Margolis Edelstein
Boyd v. Wilmington Police
0009