# TAB E

RECEIVED
MAR 2 8 2005
LT. COL. OFFICE

Tuesday, March 22, 2005

To Whom It May Concern:

    I am writing on behalf of the African American officers on the Wilmington Police Department. We are asking for your assistance in a possible cover up in the New Castle County police Department. You may or may not be aware of the on going discrimination practices of the staff at the Wilmington Police Department. If you are not aware then allow me to give you a brief summary that will explain how this affects both the county government and the NCCPD.

    In the past weeks there have been several accounts of racism and discrimination brought to light within the Wilmington Police Department thanks to City Council. These accounts were bought out in several letters by frustrated and tried African American officers of the Wilmington Police Department who have been working in bondage. These letters outlined just some of the races remarks and the open racism that goes on within this department. As result of these letters, we as African American officers have been threatened by our on African American Inspector, James Wright. He stated that if he fines the person who wrote those letters he will fire them. Along with Inspector Wright, the Director of Public Safety has been quoted in two separated forms calling the African American officers cowards for writing these letters. Then we can not forget the Mayor of Wilmington, James Baker, who has threatened to cut the heads off of City Counsel members who continue to question his authority and his backing of Wilmington's police chief. We as African American officers are asking for a federal investigation without the city's involvement and allow the facts to speak for themselves.

    By now you may be wondering how this affects the NCCPD and county government. There are two ways this will impact the county and the first and most recent is the city's redeployment plan. This plan calls for DSP, NCCPD and other federal officers to not only have to work in the City of Wilmington but to work along beside some of these same tried and frustrated officers. I say this not for you to believe that we will not perform our duties in any kind of way, but for you to see how a group of people who been oppressed and held down can continue to serve the people of this city as we do. Then there is the second reason that this will impact the county which we believe is the most important right now. As you are aware in 1998 the City of Wilmington's residency law was amended to officers hired prior to this could live outside of the city once they reached there 12 year. As with any group of people, no matter where they live, there may come some family and personal incidents. We are aware of (3) three separated domestic related incidents that involved African American Wilmington Police officers. In each of these incidents NCCPD responded to the scene and upon learning that a Wilmington officer was involved they followed procedure and notified a Wilmington Police supervisor. Per domestic related procedures a detailed police report documenting the incident was written and when probable arrest was made to prevent any unfairness. However, we are also aware of a recent incident involving (2) white officers (Sgt Ronald

Fioravanti and Capt Nancy Dietz). There was a domestic related incident involving Sgt. Fioravanti where he received major damage to his vehicle. NCCPD were notified and responded however no detailed report was generated. We are also aware that during the course of this incident Sgt. Fioravanti's wife contacted her sister Capt Nancy Dietz who is the commander of IAD in WPD. Dietz then responded to the scene. We are aware that during this incident it was alleged that a third female was threatened by Capt Nancy Dietz and her sister (Mrs. Fioravanti). We believe that this victim wanted to prosecute but has since been intimidated out of prosecution. We since learned that she made an attempt to seek prosecution and was turned away due to the fact NCCPD did not assist her in the proper procedures. We as African American officers on this department are asking does NCCPD have a separate policies and procedures for domestic related incidents when it comes to African American officers vs. a white sergeant and a white captain. We believe that this incident was covered up the NCCPD and they failed to follow the procedures under domestic violence. NCCPD has failed to even write a detail report of the incident. We are asking that NCCPD conduct the same fare and full investigation when it comes to everyone. However if not, when the federal investigation starts we the African American officers of the Wilmington Police Department would like to know if Capt Nancy Dietz and Sgt. Ronald Fioravanti are worth further embarrassment to your department with this investigation and / or possible class action law suit?

We as the African American officers of the Wilmington Police Department are asking NCCPD, to conduct a fair and complete investigation and do not allow the rank of captain or sergeant influence the evidence. If there are grounds for prosecution then they should be prosecuted as you have done with African American officers in similar incidents.

Respectfully Submitted,

African American Officers of the Wilmington Police Department

002918