# TAB F

We are writing this letter in confidence because we don't have any recourse or any support for any racial indifferences we all continue to suffer as an employee (minority) of the Wilmington Department of Police.

We are currently discouraged from taking the promotional test, because of the last 9 years where minority officers have participated in the promotional process and were in position to be promoted and the Chief of Police, fail to promote the officer even discarding his system of seniority. To date only two minority (Black) officers have been promoted and many have been in position to be promoted, however, looked over by the Chief.

We also feel disparity in receiving awards for heroic acts performed in the capacity of a police officer whereas the counter part have received awards for minute performance performed in the capacity of an officer.

We feel a disparity in transfers from patrol division to specialized division whereas during the selection process the minority officer is closely scrutinized and the counter part is excused for any disciplinary action on his or her record. In patrol division you have many minority officers with 5 to 15 years experience as a police officer, that have never experienced being in a specialized division. However, officers (white) with 3-5 years on the department are being transferred to specialized divisions.

White officers are constantly involved and criminal activity off duty, from drunk driving, to domestic incidents. As long as the incidents are kept from the public, they are being swept under the rug, and when the minority officer are involved in the most minute incidents, internal affairs often look to escalate the original incident into a firing offence (Check the Internal affaires records).

Check the record (residency)

In fear of being fired, most minority officers have complied with the residency requirements. However, most white officers have never moved in the city, using established addresses (from other officers) to provide a permanent residence in the city.

002906

On several occasions citizens have attempted to complain of officer's (white) misconduct from activity on the streets. However, was discouraged or turned away from internal affaires from the demeanor in which they are treated. However, when the complaint is against a black officer the complainant is groomed. **That's were the distrust from the public to the police department occurs.**

**IF YOU ALL JUST TAKE A LOOK AT THE DEPARTMENTS RECORDS INTERNAL AFFAIRS, TRANSFERRS, HIREING PRACTICES, PROMOTIONS ECT. "THE PROOF IS IN THE PUDDING." AS GRANDMA WOULD SAY.**

**PLEASE HELP.**

WE ARE WRITING THIS LETTER IN RESPONSE TO YOUR COMMENTS IN THE CITY COUNCILS MEETING ON FEBUARY 17, 2005.

002907