**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

KENNETH A. BOYD,                               :
                                               :
          Plaintiff,                           :
                                               :          C.A. No.  05-178 KAJ
v.                                             :          TRIAL BY JURY DEMANDED
                                               :
WILMINGTON POLICE DEPARTMENT,  :
                                               :
          Defendant.                           :


**DEFENDANT'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS
AND AUTHORITIES IN LIEU OF AN OPENING BRIEF**


          COMES NOW, the Defendant, by and through the undersigned counsel, and hereby requests

leave to file the attached Memorandum of Points and Authorities in Support of Defendant's Motion

to Withdraw and/or Amend its Responses to Plaintiff's Request for Admissions Pursuant

to Federal Rule of Civil Procedure 36(b).  In support of its Motion, Defendant states as follows:

          1.       Dist. Ct. L.R. 7.1.2(b) provides that "[t]he Court may order or the parties may

agree to serve and file . . .statements of points and authorities in memorandum form in place of

briefs."

          2.       The arguments set forth in the Defendant's Memorandum of Points and Authorities

do not require complex factual analysis.  Therefore, for the sake of judicial economy, the Defendant

requests that this Honorable Court permit the filing of a Memorandum of Points and Authorities in

lieu of an Opening Brief.

WHEREFORE, the Defendant respectfully requests permission to file a Memorandum of

Points and Authorities in lieu of an Opening Brief, pursuant to D. Del. L.R 7.1.2(b).  An appropriate

form of order is attached.


                                   CITY OF WILMINGTON LAW DEPARTMENT


                                    /s/ Rosamaria Tassone
                                      Rosamaria Tassone, Esquire (I.D. #3546)
                                      Assistant City Solicitor
                                      Louis L. Redding City/County Building
                                      800 N. French Street, 9th Floor
                                      Wilmington, DE 19801
                                      (302) 576-2175
                                      Attorney for Defendant



Dated: April 27, 2006