**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, Defendant's Request for Leave to file a Memorandum of Points and Authorities in Support of Defendant's Motion to Withdraw and/or Amend its Responses To Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b) is hereby GRANTED.

_____
J.