# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 27th day of April, 2006, I filed Defendant's Motion for Leave to File a Memorandum of Points and Authorities in Lieu of an Opening Brief with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    CITY OF WILMINGTON LAW DEPARTMENT

    /s/ Rosamaria Tassone
    Rosamaria Tassone, Esquire (I.D. #3546)
    Assistant City Solicitor
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175
    Attorney for Defendant