**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

**DEFENDANT'S MOTION TO WITHDRAW AND/OR AMEND ITS RESPONSES**
**TO PLAINTIFF'S REQUEST FOR ADMISSIONS PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 36(B)**

For the reasons stated herein, Defendant Wilmington Police Department, by and through its counsel, respectfully requests that this Honorable Court grant its Motion to withdraw any statements deemed admitted by virtue of filing Defendant's Responses to Plaintiff's First Request for Admissions Directed to Defendant beyond the initial thirty (30) day response period, and/or amend its answers with the responses filed on January 30, 2006. In support of its request, Defendant states the following:

1) Defendant had obtained extensions from Plaintiff in which to respond to his Request for Admissions. Upon answering the Request for Admissions, Defendant specifically denied that it used seniority as a basis for selecting candidates from within a promotional band. Therefore, this allegation was not deemed admitted by virtue of the fact that Defendant did not file an answer within thirty (30) days.

2) Notwithstanding the fact that Defendant had obtained Plaintiff's consent to submit its responses beyond the thirty (30) day time period required by Federal Rule of Civil Procedure 36(a), subsection (b) of the Rule also permits a party to withdraw and/or amend its responses if the

Court deems the responses late.

3) In the present matter, the merits of this case would be greatly subserved should the Court permit the Defendant to withdraw any statements deemed admitted and amend the record with Defendant's Responses to Plaintiff's Request for Admissions served on January 30, 2006.

4) Further, Plaintiff will not suffer undue prejudice should the Court permit Defendant to withdraw any deemed admissions and amend the record with Defendant's Responses to Plaintiff's Request for Admissions served on January 30, 2006.

WHEREFORE, for the reasons more fully set forth in Defendant's attached Memorandum of Points and Authorities in Support of Defendant's Motion to Withdraw and/or Amend its Responses to Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b), Defendant respectfully requests that this Honorable Court grant its Motion to withdraw any statements deemed admitted by virtue of filing Defendant's Response to Plaintiff's First Request for Admissions Directed to Defendant beyond the initial thirty (30) day response period, and/or amend its answers with the responses filed on January 30, 2006.

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant

Dated:   April 27, 2006