# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, Defendant's Motion to Withdraw and/or Amend its Responses to Plaintiff's Request for Admissions Pursuant To Federal Rule of Civil Procedure 36(b) is hereby GRANTED.

_____

J.