IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

    Plaintiff,

v.

WILMINGTON POLICE DEPARTMENT,

    Defendants.

C.A. No. 05-178 KAJ
TRIAL BY JURY DEMANDED

### CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 30th day of September, 2005, I hand delivered Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's Second Set of Request for Production Directed to Plaintiff on the following:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

I also filed the Certificate of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the above named individual.

    /s/ Rosamaria Tassone
    Rosamaria Tassone, Esquire (I.D. #3546)
    Assistant City Solicitor
    City of Wilmington Law Department
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    Attorney for Defendant Wilmington Police Department