IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 KAJ |
| | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Keri L. Morris, Esquire, do hereby certify that on September 29, 2005, I caused two (2) true and correct copies of the foregoing *Plaintiff Kenneth A. Boyd's First Request for Admissions Directed to Defendant* were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Keri L. Morris, Esquire, do hereby certify that on September 29, 2005, I caused two (2) true and correct copies of the foregoing ***Plaintiff Kenneth A. Boyd's First Set of Interrogatories Directed to Defendant*** were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 KAJ |
| | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, Esquire, do hereby certify that on September 29, 2005, I caused two (2) true and correct copies of the foregoing ***Plaintiff Kenneth A. Boyd's First Request for Production of Documents Directed to Defendant*** were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com