# City of Wilmington
## Delaware

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



**Law Department**
**(302) 576-2175**

October 26, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:    ***Kenneth Boyd v. Wilmington Police Department***
             **C.A. No. 05-178 KAJ**

Dear Judge Jordan:

      Please accept the following as Defendant Wilmington Police Department's Interim Status Report in the above referenced matter. Defendant submits this Report in accordance with the Court's Scheduling Order dated June 10, 2005.

      On March 22, 2005, Plaintiff Kenneth Boyd, a police officer in the Wilmington Police Department, holding the rank of Detective, filed a Complaint against the Wilmington Police Department. Plaintiff's Complaint alleges that the Wilmington Police Department violated Title VII of the Civil Rights Act, 42 U.S.C. §1981, Article IV §35-111 of the Wilmington City Charter and the covenant of good faith and fair dealing when the Chief of Police promoted an Hispanic officer with less seniority than Plaintiff to the rank of Sergeant in April, 2003. Plaintiff alleges that the Chief's decision was motivated by racial animus because, with the exception of Plaintiff, the Chief had promoted all other officers according to seniority. It is Defendant's position that Plaintiff's allegations are factually and legally incorrect.

      On May 26, 2005 and June 15, 2005, respectively, Defendant and Plaintiff exchanged their initial disclosures under Rule 26. Both parties have submitted Interrogatories, Requests for Production of Documents and Requests for Admissions. Plaintiff's deposition has been noticed and scheduled for November 2, 2005. Plaintiff's counsel, Jeffrey K. Martin, Esquire, has identified 6 police officers who he wishes to depose on November 21 and 28, 2005. Mediation before the Honorable Mary Pat Thynge is scheduled for March 17, 2006.

The Honorable Kent A. Jordan
October 26, 2005
Page 2

      Discovery in this matter is scheduled to conclude on November 30, 2005. I am not certain that given the officers' schedules and shifts, I will be able to schedule all of the officers' depositions for November 21st and 28th. It is my understanding that Mr. Martin has a trial scheduled in November and that his availability is limited. Further, Mr. Martin has requested the personnel files of 5 officers. Given the fact that the files contain private information such as Social Security numbers, home addresses and telephone numbers, my office must redact this information prior to releasing the files to Mr. Martin. As such, I suggested to Mr. Martin that, with the Court's permission, the parties amend the Scheduling Order to extend discovery cut-off to January 31, 2006. Mr. Martin is in agreement with my suggestion so long as the extension does not cause the Court to re-schedule the trial currently scheduled for October 2, 2006. The parties will be submitting for the Court's consideration a request to amend the Scheduling Order.

Respectfully submitted,

Rosamaria Tassone
Assistant City Solicitor

cc:    Jeffrey K. Martin, Esquire

**Other Documents**
1:05-cv-00178-KAJ Boyd v. Wilmington Police Department

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Tassone, Rosamaria entered on 10/26/2005 at 4:46 PM EDT and filed on 10/26/2005
**Case Name:** Boyd v. Wilmington Police Department
**Case Number:** 1:05-cv-178
**Filer:**
**Document Number:** 23

**Docket Text:**
Letter to The Honorable Kent A. Jordan from Rosamaria Tassone regarding Interim Status Report. (Tassone, Rosamaria)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/26/2005] [FileNumber=118196-0
] [7338dfe0990f2d352d21bd45f32f400e82a7e5d4c1b43fddcb98d39617c5756a48f
705349f63481a7a1fc16cd5a35fb29f2cf545ae9a95e1ddd3be9a4cd2566f]]

**1:05-cv-178 Notice will be electronically mailed to:**

Jeffrey K. Martin    jmartin@margolisedelstein.com, kgeppert@margolisedelstein.com

Rosamaria Tassone    rtassone@ci.wilmington.de.us, dkellam@ci.wilmington.de.us

**1:05-cv-178 Notice will be delivered by other means to:**