# MESSAGE CONFIRMATION

11/01/2005   13:35
ID=CITY OF WILM LAW DEPT

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 11/01 | 00'38" | 97774682 | TX | 005 | OK | 0000 |

11/01/2005   13:34   CITY OF WILM LAW DEPT → 97774682                       NO.857   P001



JAMES M. BAKER
MAYOR

# City of Wilmington
# Delaware

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

## CITY OF WILMINGTON LAW DEPARTMENT

### FAX COVER SHEET

**DESTINATION FAX NUMBER:** 777-4682

**TO:** Jeffrey K. Martin, Esquire

**FROM:** Rosamaria Tassone, Esquire

**DATE:** November 1, 2005

**SUBJECT:** Kenneth Boyd v. Wilmington Police Department

**COVER PLUS** 3 **PAGE(S)**

**PHONE NUMBER:** (302) 576-2175




| | | |
|---|---|---|
| JAMES M. BAKER<br>MAYOR | | LOUIS L. REDDING - CITY/COUNTY BUILDING<br>800 FRENCH STREET<br>WILMINGTON, DELAWARE<br>19801 - 3537 |

# CITY OF WILMINGTON LAW DEPARTMENT

## FAX COVER SHEET

**DESTINATION FAX NUMBER:** 777-4682

**TO:** Jeffrey K. Martin, Esquire

**FROM:** Rosamaria Tassone, Esquire

**DATE:** November 1, 2005

**SUBJECT:** Kenneth Boyd v. Wilmington Police Department

**COVER PLUS** 03 **PAGE(S)**

**PHONE NUMBER:** (302) 576-2175

**FAX NUMBER:** (302) 571-4565

**COMMENTS:** _____

## CONFIDENTIALITY NOTICE

The information contained in this telefacsimile message is privileged and confidential and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of the telecopied materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege. If you have received this transmission in error, please immediately notify us by telephone (collect) to arrange for the return of the materials. Thank you.

If there is a problem with this transmission, please call us as soon as possible at (302) 576-2175.

JAMES M. BAKER
MAYOR

# City of Wilmington
## Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
**(302) 576-2175**

November 1, 2005

<u>Via Facisimile (302) 777-4682</u>
Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19801

      RE:      ***Kenneth Boyd v. Wilmington Police Department***
                  **C.A. No. 05-178 KAJ**

Dear Mr. Martin:

      In accordance with our recent telephone conversation, I have attached a Stipulation to Amend the Scheduling Order for your review. If you are in agreement or have any changes regarding the proposed dates, please advise as soon as possible. I would like to file Stipulation today in preparation for the status conference scheduled for tomorrow.

      Regarding the outstanding discovery, as I also indicated during that conversation, Defendant will submit a response to Plaintiff's Interrogatories and Request for Production no later than November 14, 2005.

      Should you have any questions, please feel free to call.

                                          Sincerely,

                                          Rosamaria Tassone
                                          Assistant City Solicitor

Attachment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 KAJ |
| | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### JOINT MOTION TO APPROVE STIPULATION
### TO AMEND THE CASE SCHEDULING ORDER

Plaintiff, Kenneth Boyd, and Defendant, the City of Wilmington (collectively, the "Parties"), by and through their undersigned counsel, jointly move this Honorable Court to approve the attached Stipulation to Amend the Case Scheduling Order dated June 10, 2005. In support thereof, the Parties state as follows:

1.  Pursuant to the June 10, 2005 Case Scheduling Order, the deadline for concluding discovery is November 30, 2005.

2.  Currently, the Parties have scheduled the depositions of several Wilmington Police officers in the month of November. However, the Parties are attempting to schedule the depositions of several other Wilmington Police officers. Due to the officers' shifts and schedules, and the limited availability in counsels' calendars for the months of November and December due to scheduled trials in other cases, the Parties are unable to schedule the remaining depositions by November 30, 2005.

WHEREFORE, for the foregoing reasons, the Parties respectfully move this Honorable Court to approve the attached Stipulation to Amend the Scheduling Order.

| | |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Rosamaria Tassone |
| Jeffrey K. Martin (I.D. No. 2407) | Rosamaria Tassone (I.D. No. 3546) |
| Margolis Edelstein | Assistant City Solicitor |
| 1509 Gilpin Avenue | City of Wilmington Law Department |
| Wilmington, DE 19806 | Louis L. Redding City/County Bldg. |
| Attorney for Plaintiff | 800 N. French Street, 9th Floor |
| | Wilmington, DE 19801 |
| | Attorney for Defendant |

Dated: _____                    Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

**STIPULATION TO AMEND THE CASE SCHEDULING ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the Court's approval, that the Case Scheduling Order dated June 10, 2005 shall be amended as follows:

| | |
|---|---|
| Discovery Cutoff (Fact and Expert) | January 30, 2006 |
| Case Dispositive Motions and Opening Brief | February 28, 2006 |
| Answering Brief | March 30, 2006 |
| Reply Brief | April 14, 2006 |
| Pre-trial Conference | September 5, 2006 at 4:30 p.m. |
| Trial Date | October 2, 2006 (Jury/4 days) |

/s/ Jeffrey K. Martin
Jeffrey K. Martin (I.D. No. 2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
Attorney for Plaintiff

/s/ Rosamaria Tassone
Rosamaria Tassone (I.D. No. 3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Bldg.
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant

Dated: _____

Dated: _____

SO ORDERED this _____ day of _____, 2005

_____
The Honorable Kent A. Jordan