**City of Wilmington**

JAMES M. BAKER
MAYOR

**Delaware**

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



**Law Department**
**(302) 576-2175**

November 22, 2005

Hand Delivery
Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19801

     RE:     ***Kenneth Boyd v. Wilmington Police Department***
                 **C.A. No. 05-178 KAJ**

Dear Mr. Martin:

     In accordance with our conversation of earlier today, enclosed are the following documents:

1.     Redacted personnel files of Liam Sullivan, Michael Rodriguez, Dennis O'Connor, Joseph Sammons and Kenneth Boyd, bates range 1 - 2583;

2.     Directive 6.44, bates range 2584 - 2588;

3.     Job Task Analysis for Sergeants, bates range 2589 - 2606;

4.     Salary Information, bates range 2607 - 2609;

5.     Seniority Lists, bates range 2610 - 2631;

6.     Promotional Test Memos, bates range 2632 - 2703.

Should you have any questions, please feel free to call.

                      Sincerely,

                      Rosamaria Tassone
                      Assistant City Solicitor

Enclosures