## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 23, 2005, I caused two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant's Second Request for Production* were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 KAJ |
| | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 23, 2005, I caused two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Plaintiff* were hand-delivered via courier service to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com