IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

## STIPULATION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF BRIEFING IN ANSWER TO DEFENDANT WILMINGTON POLICE DEPARTMENT'S MOTION TO WITHDRAW AND/OR AMEND ITS RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS PURSUANT TO FED.R.CIV.P. 36(b).

CITY OF WILMINGTON LAW DEPARTMENT

*/s/ Rosamaria Tassone*

Rosamaria Tassone, Esquire (#3546)
Assistant City Solicitor
Louis L. Redding City/County Building
800 North French Street, 9th Floor
Wilmington, Delaware 19801
Attorney for Defendant

MARGOLIS EDELSTEIN

*/s/ Jeffrey K. Martin*

Jeffrey K. Martin Esquire (#2407)
Lori A. Brewington Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
Attorneys for Plaintiff

DATED: May 8, 2006