IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW AND/OR AMEND ITS RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS PURSUANT TO FEDERAL RULE OF CIVIL PROVEDURE 36(B)**

For the reasons stated herein, Plaintiff, Kenneth A. Boyd, by and through his counsel, respectfully requests that this Honorable Court deny Defendant's Motion to withdraw statements deemed admitted by virtue of filing Defendant's Responses to Plaintiff's First Request for Admissions Directed to Defendant beyond the initial thirty (30) day response period, and/or deny Defendant's Motion to amend its answers with the responses filed on January 30, 2006. In support of his request, Plaintiff states the following:

1. There was no stipulation between the parties to extend the time for Defendant to file Answers to Plaintiff's Request for Admissions until January 30, 2006. As noted, Defendant was required to respond to Plaintiff's Request for Admissions, on or before October 30, 2005.

2. Notwithstanding the fact that Plaintiff did not grant Defendant an extension to submit its responses three months after the time period required by Federal Rule of Civil Procedure 36(a), the Rule permits a party to withdraw and/or amend its responses if the Court deems the responses late. However, the language of Rule 36 is permissive. Thus, the court is not required to make an exception to the rule that the matter is deemed admitted even if the party seeking the admission will not be prejudiced.

3.   In the instant case, the presentation of the merits will not be subserved by permitting Defendant to withdraw statements deemed admitted because the evidence before the Court supports the truth of the admissions.

4.   The amendment or withdrawal of the admissions in this case would be highly prejudicial to Plaintiff Boyd.

WHEREFORE, for the reasons more fully set forth in Plaintiff's attached Memorandum of Points and Authorities in Opposition to Defendant's Motion to Withdraw and/or amend its Responses to Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b), Plaintiff respectfully requests that this Honorable Court deny Defendant's Motion to withdraw any statements deemed admitted by virtue of filing Defendant's Response to Plaintiff's First Request for Admissions Directed to Defendant beyond the initial thirty (30) day response period, and/or deny Defendant's Motion to amend its answers with responses filed on January 30, 2006.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire(#2407)
Lori A. Brewington, Esquire (#4522)
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorneys for Plaintiff Kenneth A. Boyd

DATED: May 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

# ORDER

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, Defendant's Motion to Withdraw and/or amend it Responses to Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b) is hereby DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on this 8th day of May, 2006, I filed Plaintiff's Opposition to Defendant's Motion to withdraw and/or amend its Responses to Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b) with the Clerk of the Court using CM/ECF which will send notification of such filing(s) that this document is available for downloading from CM/ECF to the following:

Roseamarie Tassone, Esquire (#3546)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire(#2407)
Lori A. Brewington, Esquire (#4522)
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorneys for Plaintiff Kenneth A. Boyd