# EXHIBIT 3

JAMES M. BAKER
MAYOR

# City of Wilmington
## Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801-3537

**Law Department**
**(302) 576-2175**

November 1, 2005

<u>Via Facisimile (302) 777-4682</u>
Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19801

RE:     *Kenneth Boyd v. Wilmington Police Department*
        <u>C.A. No. 05-178 KAJ</u>

Dear Mr. Martin:

In accordance with our recent telephone conversation, I have attached a Stipulation to Amend the Scheduling Order for your review. If you are in agreement or have any changes regarding the proposed dates, please advise as soon as possible. I would like to file Stipulation today in preparation for the status conference scheduled for tomorrow.

Regarding the outstanding discovery, as I also indicated during that conversation, Defendant will submit a response to Plaintiff's Interrogatories and Request for Production no later than November 14, 2005.

Should you have any questions, please feel free to call.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor

Attachment

The Honorable Kent A. Jordan
October 26, 2005
Page 2

      Discovery in this matter is scheduled to conclude on November 30, 2005. I am not certain that given the officers' schedules and shifts, I will be able to schedule all of the officers' depositions for November 21st and 28th. It is my understanding that Mr. Martin has a trial scheduled in November and that his availability is limited. Further, Mr. Martin has requested the personnel files of 5 officers. Given the fact that the files contain private information such as Social Security numbers, home addresses and telephone numbers, my office must redact this information prior to releasing the files to Mr. Martin. As such, I suggested to Mr. Martin that, with the Court's permission, the parties amend the Scheduling Order to extend discovery cut-off to January 31, 2006. Mr. Martin is in agreement with my suggestion so long as the extension does not cause the Court to re-schedule the trial currently scheduled for October 2, 2006. The parties will be submitting for the Court's consideration a request to amend the Scheduling Order.

      Respectfully submitted,

      Rosamaria Tassone
      Assistant City Solicitor

cc:    Jeffrey K. Martin, Esquire