IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
Plaintiff, :
: C.A. No. 05-178 KAJ
v. : TRIAL BY JURY DEMANDED
:
WILMINGTON POLICE DEPARTMENT, :
:
Defendant. :

## ORDER

IT IS HEREBY ORDERED that on this __10th__ day of __May__, 2006, Defendant's Request for Leave to file a Memorandum of Points and Authorities in Support of Defendant's Motion to Withdraw and/or Amend its Responses To Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b) is hereby GRANTED.

_____
J.