IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD,                       :<br>                                                       :<br>           Plaintiff,                          :<br>                                                       :     C.A. No.  05-178 KAJ<br>v.                                                    :     TRIAL BY JURY DEMANDED<br>                                                       :<br>WILMINGTON POLICE DEPARTMENT,    :<br>                                                       :<br>           Defendant.                      :     | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 15th day of May, 2006, I filed Defendant's Reply Memorandum of Points and Authorities in Support of Defendant's Motion to Withdraw and/or Amend its Responses to Plaintiff's Request for Admissions Pursuant to Federal Rule of Civil Procedure 36(b) with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

CITY OF WILMINGTON LAW DEPARTMENT

   /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant