IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

                                                   MARGOLIS EDELSTEIN

                                                   Jeffrey K. Martin, Esquire (#2407)
                                                   Lori A. Brewington, Esquire (#4522)
                                                   1509 Gilpin Avenue
                                                   Wilmington, DE  19806
                                                   302-777-4680
                                                   Attorneys for Plaintiff

Dated:  May 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, hereby certify that on May 16, 2006, I caused two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail, postage prepaid on the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant
Wilmington Police Department

MARGOLIS EDELSTEIN

_/s/ Jeffrey K. Martin_
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
Attorneys for Plaintiff