

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

August 7, 2006

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE  19801

RE:   Boyd v. Wilmington Police Department
      C.A. No. 05-178(KAJ)
      ---------------------------------------------------

Dear Judge Jordan:

I am writing to request a one-week extension to file the Proposed Pre-trial Order in the above-captioned case. The Pre-trial Order is currently scheduled to be filed with the Court today. Although counsel for the Plaintiff drafted a Proposed Pre-trial Order and submitted it to the Defense Counsel, we inadvertently used the wrong Pre-trial Order form.  Opposing counsel, Rosemaria Tassone has agreed to this extension pending approval the Court.

Respectfully yours,

JEFFREY K. MARTIN

JKM:mam
Encl.

cc:   Clerk of the Court (by e-file)
cc:   Rosemaria Tassone, Esquire (by e-file only)

* MEMBER OF THE HARMONIE GROUP