IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| WILMINGTON POLICE DEPARTMENT, | : |
| AND CITY OF WILMINGTON | : |
| | : |
| Defendant. | : |

## PRAECIPE

TO:   CLERK OF THE COURT

**PLEASE ISSUE** writ of summons in the above-captioned matter for service upon the Wilmington Police Department, c/o James N. Moseley, Director of Public Safety, William T. McLaughlin Public Safety Building, 300 North Walnut Street, Wilmington, DE 19801, to effectuate service upon Defendant Wilmington Police Department who at all relevant times contracted business in the State and whom caused tortuous injury in the State and service of process can be made upon, pursuant to 10 Del. C. §3104.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (DE #2407)
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: August 9, 2006