IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-178-KAJ |
| | ) |
| WILMINGTON POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **31st** day of **August, 2006**,

IT IS ORDERED that the pretrial conference presently set for **September 5, 2006 at 4:30 p.m.** is hereby rescheduled to **September 14, 2006 at 9;30 a.m.** in chambers.

_____
UNITED STATES DISTRICT JUDGE