IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 05-178 KAJ |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| WILMINGTON POLICE DEPARTMENT : | |
| and CITY OF WILMINGTON, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 6th day of September, 2006, I electronically filed Defendants' Motion to Amend the Proposed Pre-trial Order with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

Jeffrey K. Martin, Esquire
Lori Ann Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

  /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants Wilmington Police Department
and City of Wilmington