IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

    Plaintiff,

v.

WILMINGTON POLICE DEPARTMENT
and CITY OF WILMINGTON,

    Defendants.

C.A. No. 05-178 KAJ

TRIAL BY JURY DEMANDED

## ORDER

IT IS HEREBY ORDERED this 13th day of Sept, 2006 that Defendants Wilmington Police Department and City of Wilmington's Motion to Amend the Proposed Pre-Trial Order to add two (2) additional questions of law for the Court's consideration and to change the wording of the question of law concerning punitive damages IS HEREBY GRANTED.

The parties are to submit an Amended Proposed Pre-trial Order consistent with this Order no later than the 15th day of Sept, 2006.

_____
J.