

ATTORNEYS AT LAW
www.margolisedelstein.com

DELAWARE OFFICE:
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

September 14, 2006

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE  19801

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

      RE:    **Boyd v. Wilmington Police Department**
                **C.A. No. 05-178(KAJ)**

Dear Judge Jordan:

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

      After speaking with Defense counsel and conferring with our client, counsel for both parties feel that this case will not be successfully resolved through mediation. For this reason, we would like this case to move forward with the trial beginning October 2.

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

      On another matter, Plaintiffs' counsel inadvertently failed to bring to the Court's attention the issue of Plaintiff's Request for Admissions during the pre-trial conference this morning. The issue of whether Plaintiff's Request for Admissions should be deemed admitted was previously briefed by both parties. (D.I. 54-D.I. 61). Plaintiff's counsel respectfully requests a ruling on this matter at the Court's convenience.

Respectfully yours,

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

**JEFFREY K. MARTIN**

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

LAB
cc:    Clerk of the Court (by e-file)
cc:    Rosemaria Tassone, Esquire (by e-file only

* MEMBER OF THE HARMONIE GROUP