# City of Wilmington
## Delaware

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



Law Department
(302) 576-2175

September 15, 2006

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

      RE:    ***Kenneth Boyd v. Wilmington Police Department***
               **C.A. No. 05-178 KAJ**

Dear Judge Jordan:

      The parties have discussed and agreed to stipulate to the dismissal of Plaintiff's cause of action under 42 U.S.C. §1981 and breach of covenant of good faith and fair dealing. In light of the agreement reached by the parties, the parties will submit a Stipulation of Dismissal of those claims along with a modified pre-trial order reflecting the changes.

      Should Your Honor have any questions regarding the above, counsel is available at the Court's convenience.

Respectfully submitted,

Rosamaria Tassone
First Assistant City Solicitor

cc:    Jeffrey K. Martin, Esquire
         Lori Ann Brewington, Esquire