IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-178-KAJ |
| | ) |
| WILMINGTON POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **22nd** day of **September, 2006,**

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that defendant's motion to withdraw and/or amend its responses to plaintiff's request for admissions (D.I. 55) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE