**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| WILMINGTON POLICE DEPARTMENT | : | |
| and CITY OF WILMINGTON, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Kenneth A. Boyd and Defendants Wilmington Police Department and City of Wilmington, through the undersigned counsel, that Plaintiff's cause of action under 42 U.S.C. §1981 and breach of the covenant of good faith and fair dealing, Causes of Action III and V, respectively, and Plaintiff's claim for punitive damages in the above referenced matter are hereby dismissed with prejudice. It is further stipulated that the Wilmington Police Department is hereby dismissed with prejudice.

| | |
|---|---|
| /s/ Rosamaria Tassone | /s/ Lori Ann Brewington |
| Rosamaria Tassone, Esquire (I.D. #3546) | Jeffrey K. Martin, Esquire (I.D. #2407) |
| First Assistant City Solicitor | Lori Ann Brewington (I.D. #4522) |
| City of Wilmington Law Department | Margolis Edelstein |
| Louis L. Redding City/County Building | 1509 Gilpin Avenue |
| 800 French Street, 9th Floor | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Attorneys for Plaintiff |
| Attorney for Defendants Wilmington Police | |
| Department and City of Wilmington | |
| | |
| Dated: _____ | Dated: _____ |

SO ORDERED this _____ day of _____, 2006

_____
J.