**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **KENNETH A. BOYD,** | : | |
| | : | |
| **Plaintiff,** | : | **C.A. No. 05-178(KAJ)** |
| | : | |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **CITY OF WILMINGTON,** | : | |
| | : | |
| **Defendant.** | : | |

**VOIR DIRE**

Good morning, ladies and gentlemen. I am Judge Jordan, and I will be presiding over the trial for which a jury is about to be drawn in the case. The parties are Kenneth Boyd and the City of Wilmington. Briefly stated, this is a case involving allegations of racial discrimination in failing to promote plaintiff to the rank of sergeant in April 2004. The defendant denies that it discriminated against plaintiff on the basis of his race when it chose not to promote plaintiff. The trial may last up to four days.  I time my trials, so the attorneys will have to complete their trial presentations within these limits. While it appears unlikely at this point, jury deliberations may require you to be present longer than that number of days.

I am going to ask you a series of "yes" or "no" questions, the purpose of which is to (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking questions I will ask all those who had a "yes" answer to any of my questions to raise their hands. Then we will call you to the bench individually to speak with you about your affirmative response or responses.

1.      As I mentioned, this case is expected to take four or less business days to try. Is there any member of the panel who would be unable to sit as a juror in the case for that period of time?

Yes_____          No_____

2.      Do you know anything about the case?

Yes_____          No_____

3.      Plaintiff, Detective Boyd, is represented by Jeffrey K. Martin, Esquire and Lori A. Brewington, Esquire of the law firm of Margolis Edelstein. Do you know, or are you a client of Jeffrey K. Martin, Esquire, Lori A. Brewington, Esquire or their law firm?

Yes_____          No_____

4.      Defendant, City of Wilmington, is represented by Rosemarie Tassone, Esquire of the City of Wilmington Law Department. Do you know Rosemarie Tassone, Esquire or any person who works for the City of Wilmington.

Yes_____          No_____

5.      Is any member of the panel or their family member related to or personally acquainted with Plaintiff Detective Kenneth Boyd?

Yes_____          No_____

6.      Are you or any of your close friends or relatives presently or formerly employed by the City of Wilmington, the Wilmington Police Department or, any other law enforcement agency?

Yes_____          No_____

7.      Do you know any of the witnesses who will appear in this trial?

They are:

Lt. Clayton Smith

Sergeant Debbie Donohue

Detective Gary Tabor

Sergeant Faheem Akil

Sergeant Stephen Thomas (retired)

Inspector Gilbert Howell

Sergeant Gordy Transue

Chief Michael Szczerba

Corporal Donald Bluestein

Councilman Mike Brown

Grace Boyd

Inspector Martin Donohue

Captain Victor Ayala                .

Captain Bobby Cummings

Captain Marlyn W Dietz

Captain Nancy Dietz

Captain Sean E. Finerty

Captain James T. Jubb

Captain Michael E. Maggitti

Sergeant Michael Rodriguez

Lieutenant Mitch Rock

David J. Wagner

Mayor James Baker

James H. Wright

8.    Do you have any specialized training in employment practices, including, but not limited to, employment discrimination?

Yes_____        No_____

9.    Do you have any knowledge about, or familiarity with employment practices,

including, but not limited to, employment discrimination?

Yes_____          No_____

10.    Do you have any feelings or beliefs about racial discrimination cases in general or damages awards that would influence your decision in a case like this one?

Yes_____          No_____

11.    Would you be able to render a fair and impartial verdict based solely upon the evidence presented in court and under the law as presented to you?

Yes_____          No_____

12.    Have you ever been a party to a lawsuit?

Yes_____          No_____

13.    Have you or any member of your family ever made a claim or had a claim made against you for discrimination, including but not limited to racial discrimination?

Yes_____          No_____

14.    Have you or any member of your family ever suffered discrimination, including but not limited to racial discrimination?

Yes_____          No_____

15.    Do you know of any other matter which you believe should be called to the Court's attention as having some bearing on your qualifications or ability to serve as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions as to the law?

Yes_____          No_____

16.    Are you acquainted with the judge in this case?

Yes_____          No_____

17.    Do you have any reason to favor or disfavor the attorneys who represent Kenneth Boyd?

Yes_____          No_____

18.    Do you have any reason to favor or disfavor the attorneys who represent the City of Wilmington or the Wilmington Police Department?

Yes_____            No_____

19.    Have you or any of your close friends or relatives ever been a plaintiff or a defendant or any other party in a criminal or civil court proceeding?

Yes_____            No_____

20.    Do you have any personal knowledge of this case, or have you read about it or heard it discussed or have any opinion regarding it?

Yes_____            No_____

21.    Do you have any strong feelings about lawsuits in general?

Yes_____            No_____

22.    Do you have any strong feelings about the justice system?

Yes_____            No_____

23.    Would that experience or feeling affect your ability to fairly and impartially serve as a juror in this case?

Yes_____            No_____

24.    Do you have a special disability whether visual or hearing, or other health problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

Yes_____            No_____

25.    Have you, your spouse, or close family member or close friend ever been convicted of a serious crime in Delaware or any other location?

Yes_____            No_____

26.    Do you or a relative or close friend feel that you were ever treated unfairly by the police or law enforcement authorities?

Yes_____            No_____

27.Does any member of the jury believe that he or she could not be fair and impartial in deciding

a claim that an employer discriminated against an employee on the basis of his race?Yes_____

No_____