IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
|     Plaintiff, | : | C.A. No. 05-178(KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
|     Defendant. | : | |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff's race was a motivating factor in the decision not to promote Plaintiff to the rank of sergeant in April 2004, and, therefore, he was intentionally discriminated against in April, 2004?

**ANSWER:**       Yes_____       No_____

**Objection.**

**Defendant objects to the word "motivating." Consistent with the Third Circuit Model Jury Instructions for Title VII, pretext cases, the standard is "determinative factor."**

*[If you answered "No" to Question 1, then do not proceed any further.]*

2. If you selected "Yes" for Question 1, do you find that Plaintiff has proven by a preponderance of the evidence that he suffered damages as a proximate or legal cause of such intentional discrimination?

    **ANSWER:**       Yes_____       No_____

*[If you answered "No" to question 2, then do not proceed any further.]*

3.  If you selected "Yes" for Questions 1 and 2, do you find that Plaintiff has proven by a preponderance of the evidence his damages for emotional pain, suffering, or mental anguish?

**ANSWER:**           Yes_____           No_____

4.  If you selected "Yes" for Question 3, then what is the total amount of damages for Plaintiff's emotional pain, suffering, or mental anguish?

**ANSWER:**           $_____

5.  If you selected "Yes" for Questions 1 and 2, what is the total amount of damages for Plaintiff's alleged loss of pay between April 2004 and the present?

**ANSWER:**           $_____

6.  If you selected "Yes" for Questions 1 and 2, what is the total amount of damages for Plaintiff's future economic losses?

**ANSWER:**           $_____

**Please sign your name to this form in the space below.**

_____
**Foreperson**