IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-178(KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Jordan, and I will be presiding over the trial for which a jury is about to be drawn in the case. The parties are the plaintiff, Kenneth A. Boyd, and the defendant, the City of Wilmington. Briefly stated, this is a case involving allegations of racial discrimination in an employment decision, specifically in the City Police Department's decision in April 2004 to not promote the plaintiff to the rank of Sergeant in the Police Department. The defendant denies that it discriminated against the plaintiff on the basis of race. The trial is planned for three days, but it may go longer. Because of scheduling issues, if the case does go past Wednesday, we would not meet on Thursday but would reconvene on Friday.

I am going to ask you a series of "yes or no" questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment in helping to determine the final composition of the jury. If any of you have a "yes" answer to any of my questions, please keep track of that in your own mind. When I have concluded asking all the questions I will ask all those who had a "yes" answer to any of my questions to raise their hands. Then we will call you to the bench individually to speak with you about your affirmative response or responses.

.

1. As I mentioned, this case is expected to take approximately three to four business days to try. Is there any member of the panel who would be unable to sit as a juror in the case for that period of time?
2. Have you heard or read or otherwise know anything about this case?
3. Plaintiff, Kenneth Boyd, is represented by Jeffrey K. Martin and Lori A. Brewington of the law firm of Margolis Edelstein. Do you know, or are you a client of these attorneys, or their law firm?
4. Defendant, City of Wilmington, is represented by Rosemarie Tassone of the City of Wilmington Law Department. Do you know Ms. Tassone or

anyone who works for the City of Wilmington?
    5.    Is any member of the panel related to or personally acquainted with Detective Boyd?
    6.    Are you or any of your family members a present or former employee of the City of Wilmington, the Wilmington Police Department, or any other law enforcement agency?
    7.    Do you know any of the witnesses who will appear in this trial? They are:

        Lt. Clayton Smith

        Sergeant Debbie Donohue

        Detective Gary Tabor

        Sergeant Faheem Akil

        Sergeant Stephen Thomas (retired)

        Inspector Gilbert Howell

        Sergeant Gordy Transue

        Chief Michael Szczerba

        Corporal Donald Bluestein

        Councilman Mike Brown

        Grace Boyd

        Inspector Martin Donohue

        Captain Victor Ayala     .

        Captain Bobby Cummings

        Captain Marlyn W Dietz

        Captain Nancy Dietz

        Captain Sean E. Finerty

        Captain James T. Jubb

        Captain Michael E. Maggitti

Sergeant Michael Rodriguez

Lieutenant Mitch Rock

David J. Wagner

Mayor James Baker

James H. Wright

8. Do you have knowledge of, familiarity with, or specialized training in employment practices, including but not limited to employment discrimination law?

9. Do you have any feelings or beliefs about racial discrimination cases in general or damages awards that would influence your decision in a case like this one?

10. If so, would you be unable to render a fair and impartial verdict based solely upon the evidence presented in court and under the law as presented to you?

11. Have you ever been a party in a lawsuit?

12. Have you or any member of your family ever made a claim or had a claim made against you based on unlawful discrimination, including racial discrimination?

13. Have you or any member of your family ever suffered unlawful discrimination, including racial discrimination?

14. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?