IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD,          )<br>                                              )<br>       Plaintiff,           )<br>                                              )<br>    v.                                  )    Civil Action No. 05-178-KAJ<br>                                              )<br>CITY OF WILMINGTON,     )<br>                                              )<br>       Defendant.        )| |

### ORDER FOR ENTRY OF JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on October 4, 2006. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED that the Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the defendant and against the plaintiff on the claims in plaintiff's first amended complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2006
Wilmington, Delaware

REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| Plaintiff, | : | C.A. No. 05-178(KAJ) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON, | : | |
| Defendant. | : | |

## JURY VERDICT FORM

1.  Do you find that Ken Boyd has proven by a preponderance of the evidence that his race was a motivating factor in the decision not to promote him to the rank of sergeant in April 2004, and, therefore, he was intentionally discriminated against in April, 2004?

    **ANSWER:**          Yes_____          No ✓_____

*[If you answered "No" to Question 1, then do not proceed any further.]*

2.  If you selected "Yes" for Question 1, do you find that Ken Boyd has proven by a preponderance of the evidence that he suffered damages as a proximate or legal cause of such intentional discrimination?

    **ANSWER:**          Yes_____          No_____

*[If you answered "No" to question 2, then do not proceed any further.]*

3.  If you selected "Yes" for Question 1 and Question 2, do you find that the City of Wilmington has proven by a preponderance of the evidence that it would have treated Ken Boyd the same in its promotion decision in April 2004, in other words it would not have promoted him, even if his race had played no role in that promotion decision?

    **ANSWER:**          Yes_____          No_____

*[Regardless of your answer to Question 3, please proceed to Question 4.]*

4. If you selected "Yes" for Questions 1 and 2, do you find that Ken Boyd has proven by a preponderance of the evidence his damages for emotional pain, suffering, or mental anguish?

**ANSWER:**           Yes_____        No_____

5  If you selected "Yes" for Question 4, then what is the total amount of damages for Ken Boyd's emotional pain, suffering, or mental anguish?

**ANSWER:**           $_____

6. If you selected "Yes" for Questions 1 and 2, what is the total amount of damages for Ken Boyd's alleged loss of pay between April 2004 and the present?

**ANSWER:**           $_____

7. If you selected "Yes" for Questions 1 and 2, what is the total amount of damages for Ken Boyd's future economic losses?

**ANSWER:**           $_____

**Please sign your name to this form in the space below.**

October 4, 2006
Wilmington, Delaware