IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KENNETH A. BOYD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | C.A. No.  05-178 (KAJ) |
| v. | : | **TRIAL BY JURY DEMANDED** |
| | : | |
| **CITY OF WILMINGTON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW, TO WIT,** this _____ day of _____, 2006, this cause having come to be considered on Plaintiff's Motion for a New Trial and Points and Authorities in Support of Plaintiff's Motion for a New Trial, and there being good cause for granting such Motion;

**IT IS HEREBY ORDERED**, that Plaintiff's Motion for a New Trial is hereby **GRANTED**.

_____
J.