# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH A. BOYD,** :<br>:<br>**Plaintiff,** :<br>: C.A. No. 05-178 (KAJ)<br>v.                                      : TRIAL BY JURY DEMANDED<br>:<br>**CITY OF WILMINGTON** :<br>:<br>**Defendant.** : | |

### AFFIDAVIT OF JEFFREY K. MARTIN

STATE OF DELAWARE        )
                                              ) SS.
COUNTY OF NEW CASTLE )

I, Jeffrey K. Martin, being duly sworn according to law, hereby depose and say as follows:

1. I am co-counsel for Plaintiff in the above-captioned matter.

2. Following the defense verdict entered in this matter and the apparent reluctance of Juror No. 5 to agree with this verdict, Plaintiff's counsel had reason to question whether the jury venire was representative of the population of the State of Delaware.

3. Undersigned counsel has had discussions with other members of the bench and bar of this Court, all of whom have indicated that the jury venires appear to have a smaller number of minorities (specifically African-Americans) than are represented in the population at large in the State of Delaware.

4. These observations led undersigned counsel to explore the Jury Plan for this District as well as to speak with Jury Administrator John Trickey on three occasions

between October 13 and October 24. During these conversations with Mr. Trickey, the last of which was in person on October 24, undersigned counsel learned that when Mr. Trickey's office sends out 10,000 juror qualification questionnaires, they receive between 1,000 and 1,200 qualified candidates. Thus, the yield of qualified jurors from the submission of the mailed juror qualification questionnaires is between 10% and 12%. A substantial portion of the 90% who do not qualify do not return to the jury office the completed questionnaires.

5. The Jury Plan calls for the prospective jurors who are subpoenaed to come from the "qualified jurors" who are among the 10% to 12% jurors who are deemed qualified after completing and returning the juror qualification questionnaire.

6. John Trickey was asked to execute an affidavit verifying the contents of this affidavit. Mr. Trickey advised undersigned counsel that he is not authorized to sign an affidavit without Court approval.

_____
Jeffrey K. Martin

SWORN TO AND SUBSCRIBED before me this 25TH day of October 2006.

_____
Notary Public
My Commission Expires:

TIMOTHY J. WILSON, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID # 4323
DELAWARE ATTORNEY AT LAW