# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 05-178 (KAJ) |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| CITY OF WILMINGTON : | |
| : | |
| Defendant. : | |

## AFFIDAVIT OF KENNETH A. BOYD

STATE OF DELAWARE    )
                     ) SS.
COUNTY OF NEW CASTLE )

I, Kenneth A. Boyd, being duly sworn according to law, hereby depose and say as follows:

1. I am Plaintiff in the above-captioned matter.

2. On Tuesday, October 24, 2006, I spoke with Juror No. 5 while in New Castle, DE.

3. Juror No. 5 advised me that she did not vote with the other jurors who all voted in favor of the City of Wilmington.

4. She was the only African-American on the jury of nine people.

5. According to Juror No. 5, as soon as they went to the deliberation room, one juror insisted that they take a vote without discussing the facts of this matter. A vote was taken immediately and although she was Juror No. 5, she was last to vote. She voted in favor of Plaintiff, Kenneth Boyd.

6.  One of the male jurors was very mean and intimidating toward Juror No. 5. He began an argument with her and belittled her in front of the other jurors. Juror No. 5 felt threatened by his conduct and demeanor.

7.  Juror No. 5 advised me that she held out as long as she could with her vote for Plaintiff. She felt very isolated and was uncomfortable when the other jurors were speaking about getting it over as quickly as possible to get out of there. Other jurors complained about babysitting and traffic concerns.

8.  Finally, after the continual intimidation and threatening behavior, Juror No. 5 voted in favor of Defendant in order to appease the eight other jurors.

9.  I noted that when the jury was polled, Juror No. 5 spoke very softly and seemingly reluctantly, agreeing with the verdict. Juror No. 5 advised me that she made a mistake and did not agree with the verdict. In fact, Juror No. 5 told me that she "lied" and was very upset about that.

10. Juror No. 5 advised me that she did not sleep for three days following this verdict. She further advised that she never wants to do any jury service again.

_Kenneth A. Boyd_
Kenneth A. Boyd

SWORN TO AND SUBSCRIBED before me this 26TH day of October 2006.

_signature_
Notary Public
My Commission Expires: N/A

TIMOTH_____, ESQ.
_____LIC
D_____TORNEY
_____323
DELAWARE ATTORNEY AT LAW