IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 (KAJ) |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

## NOTICE OF ELECTRONIC FILING

I, Lori A. Brewington, Esquire, do hereby certify that on October 26, 2006, I electronically filed Motion For A New Trial And Incorporated Memorandum Of Supporting Points with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ Lori A Brewington
Jeffrey K. Martin (Del. Bar No. 2407)
Lori A. Brewington (Del. Bar No. 4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302)-777-4680
*Attorneys for Plaintiff*
*Kenneth A. Boyd*