IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 KAJ |
| v. | : | |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CITY OF WILMINGTON'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL IN LIEU OF AN ANSWERING BRIEF**

COMES NOW, the Defendant City of Wilmington, by and through undersigned counsel, and hereby requests leave to File a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a New Trial in Lieu of an Answering Brief.

1. Dist. Ct. L.R. 7.1.2(b) provides that "[t]he Court may order or the parties may agree to serve and file . . .statements of points and authorities in memorandum form in place of briefs."

2. The arguments set forth in the Defendant's Memorandum of Points and Authorities do not require complex factual analysis. Further, Plaintiff's Motion for a New Trial is in the form of a memorandum of points and authorities. Therefore, for the sake of judicial economy, the Defendant request that this Honorable Court permit the filing of a Memorandum of Points and Authorities in lieu of an Answering Brief.

3. Plaintiff has no objection to Defendant's request.

WHEREFORE, the Defendant City of Wilmington respectfully request permission to file a Memorandum of Points and Authorities in lieu of an Answering Brief, pursuant to D. Del. L.R 7.1.2(b). An appropriate form of order is attached.

   /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant City of Wilmington