**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : |
| | : |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, Defendant City of Wilmington's Motion for Leave to File a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a New Trial in Lieu of an Answering Brief is hereby GRANTED.

_____
J.