IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : |
| | : |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 9th day of November, 2006, I electronically filed Defendant City of Wilmington's Motion for Leave to File a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a New Trial in Lieu of an Answering Brief with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

Jeffrey K. Martin, Esquire
Lori Ann Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806


　/s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant City of Wilmington