# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EVERETT D. TURNER, :
:
Plaintiff, :
: C.A. No. 05-716
v. : TRIAL BY JURY DEMANDED
:
CITY OF WILMINGTON, :
:
Defendant. :

### AFFIDAVIT OF PORIFIRIO ALEQUINE

STATE OF DELAWARE )
: SS.
NEW CASTLE COUNTY )

I, PORIFIRIO ALEGUINE, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I have been a City of Wilmington Police Officer since February, 1998.

2. In February of 2004, I was instructed to answer seven questions set forth as part of an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

3. My answers to the above-described questionnaire are attached to this affidavit.

4. My attached answers to the above-described questionnaire are true and correct to the best of my knowledge. Regarding this statement, the only change I would make to my questionnaire response would be the last paragraph which relates that no one took offense to the remark. Several officers on the platoon felt that the remark was communicated in an inappropriate forum. Shortly after the document was written, I heard that Corporal turner took offense although he did not openly verbalize this to anyone.

A-59

5. Question #3 of the above-described questionnaire inquires about the term "blank". "Blank" is a race-neutral term used throughout the Wilmington Police Department to mean a negative term filled in by the receiver in the communication.

                                                                          _____
                                                                          Porifirio Alequine

SWORN AND SUBSCRIBED before me this 30th day of August, 2006.

_____
Notary

                                                                           ANNE S. HERRELL
                                                                          NOTARY PUBLIC
                                                                        STATE OF DELAWARE
                                                              My Commission Expires Oct. 15, 2009

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVERETT D. TURNER, | : |
| Plaintiff, | : |
| | : C.A. No. 05-716 |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

**AFFIDAVIT OF ALVIN BOARDLEY**

STATE OF DELAWARE )
: SS.
NEW CASTLE COUNTY )

I, ALVIN BOARDLEY, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I have been a City of Wilmington Police Officer since 1978.

2. My race is African-American.

3. In February of 2004, I was instructed by Sgt. Corey Staats to answer seven questions set forth in an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

3. My answers to the above-described questionnaire are attached to this affidavit.

4. My attached answers to the above-described questionnaire are true and correct to the best of my knowledge.

5. Question #3 of the above-described questionnaire inquires about the term "blank". "Blank" is a race-neutral term used throughout the Wilmington Police Department, and it means nothing. I have heard Eric Green use the term "blank" toward persons of all races, including Caucasians.

6.  Question #5 of the above-described questionnaire inquires about Lt. Rock snatching a clipboard for Turner while addressing Turner with profanity. When I observed this incident, I began laughing because I perceived that Lt. Rock was joking.

_____
Alvin Boardley

SWORN AND SUBSCRIBED before me this 20th day of September, 2006.

_____
Notarial Officer

ANNE S. HERRELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EVERETT D. TURNER,                :
                                  :
        Plaintiff,                :
                                  :   C.A. No. 05-716
v.                                :   TRIAL BY JURY DEMANDED
                                  :
CITY OF WILMINGTON,               :
                                  :
        Defendant.                :

**AFFIDAVIT OF JOHN BURNS**

STATE OF DELAWARE    )
                     :  SS.
NEW CASTLE COUNTY    )

I, JOHN BURNS, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I have been a City of Wilmington Police Officer since April 4, 1988.

2. In February of 2004, I was instructed to answer seven questions set forth as part of an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

3. My answers to the above-described questionnaire are attached to this affidavit.

4. My attached answers to the above-described questionnaire are true and correct to the best of my knowledge.

5. Question #3 of the above-described questionnaire inquires about the term "blank". "Blank" is a race-neutral term used throughout the Wilmington Police Department, and it means loser.

_____
John Burns

SWORN AND SUBSCRIBED before me this 31st day of August, 2006.

_____
Notary

JONNA L. KELLAM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 3, 2008

A-69

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER,           : | |
| :                            | |
| Plaintiff,                   : | |
| :                            | C.A. No. 05-716 |
| v.                           : | TRIAL BY JURY DEMANDED |
| :                            | |
| CITY OF WILMINGTON,          : | |
| :                            | |
| Defendant.                   : | |

### AFFIDAVIT OF MICHAEL GIFFORD

STATE OF DELAWARE    )
                     :  SS.
NEW CASTLE COUNTY    )

I, MICHAEL GIFFORD, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I have been a City of Wilmington Police Officer since June 1999.

2. In February of 2004, I was instructed to answer seven questions set forth as part of an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

3. My answers to the above-described questionnaire are attached to this affidavit.

4. My attached answers to the above-described questionnaire are true and correct to the best of my knowledge.

5. Question #3 of the above-described questionnaire inquires about the term "blank". "Blank" is a race-neutral term used throughout the Wilmington Police Department to mean nothing, zero. It is a term used by police officers all the time both white and black.

6. Turner was my patrol partner in for one week in January of 2004 in the eleventh district of the F squad.

7. During the investigation of Ray Coleman and Amy Medina, Turner abandoned me after the raid and arrest when he was told to get me the arrest number and to fingerprint. I*went downstairs and left the police station. I confronted him about it the next day and that was the last time I worked with Turner.

_____
Michael Gifford

SWORN AND SUBSCRIBED before me this 24th day of August, 2006.

_____
Notary

DONNA L. KELLAM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept 3, 2008

\* Typist Error.  Should read "Turner" instead of "I".

A-81

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERETT D. TURNER, | : |
| Plaintiff, | : |
| | : C.A. No. 05-716 |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

**AFFIDAVIT OF ALFRED IZQUIERDO**

STATE OF DELAWARE )
: SS.
NEW CASTLE COUNTY )

I, ALFRED IZQUIERDO, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I have been a City of Wilmington Police Officer since March 11, 1991.

2. In February of 2004, I was instructed to answer seven questions set forth as part of an internal investigation questionnaire about Lt. Rock and Corporal Everett Turner.

3. My answers to the above-described questionnaire are attached to this affidavit.

4. My attached answers to the above-described questionnaire are true and correct to the best of my knowledge.

5. Question #3 of the above-described questionnaire inquires about the term "blank". "Blank" is a race-neutral term used throughout the Wilmington Police Department to mean defendant.

_____
Alfred Izquierdo

A-85

SWORN AND SUBSCRIBED before me this 25th day of August, 2006.

_____
Notary

NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 3, 2008