IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON,<br><br>    Defendant. | :<br>:<br>:<br>:  C.A. No. 05-178 KAJ<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire, hereby certify that on this 9th day of November, 2006, I electronically filed Defendant City of Wilmington's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a New Trial with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

>Jeffrey K. Martin, Esquire
>Lori Ann Brewington, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>  /s/ Rosamaria Tassone
>Rosamaria Tassone, Esquire (I.D. #3546)
>First Assistant City Solicitor
>City of Wilmington Law Department
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801
>Attorney for Defendant City of Wilmington