IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD, :
:
    Plaintiff, :
:
                                                               : C.A. No. 05-178 KAJ
v. :
:
CITY OF WILMINGTON, :
:
    Defendant. :

**ORDER**

IT IS HEREBY ORDERED that on this ___14th___ day of ___Nov.___, 2006, Defendant City of Wilmington's Motion for Leave to File a Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for a New Trial in Lieu of an Answering Brief is hereby GRANTED.

_____
J.