

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**FAX 302-777-4682**

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

November 17, 2006

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 866-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

**VIA E-FILE AND FACSIMILE**
The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    Kenneth A. Boyd v. City of Wilmington
               C.A. No. 05-178 KAJ

Dear Judge Jordan:

      I am writing to bring to the Court's attention a most disturbing situation involving the above-captioned matter which was tried during the first week of October.

      Last evening, we obtained the affidavit of Juror No. 5, Sandra Wanamaker (a copy of this affidavit is attached hereto) who testified that a unanimous verdict was not reached by the jury of nine jurors. Instead, while the eight Caucasian jurors voted in favor of the City of Wilmington, Ms. Wanamaker continued to vote on behalf of plaintiff, Kenneth Boyd. Due to the pressure and intimidation placed on her by the other jurors, she reluctantly agreed to return to the courtroom, even though the jurors had not reached a unanimous verdict. Juror No. 5 had the mistaken belief that the verdict did not have to be unanimous and with the belief that she would not be required to speak in open Court. As a consequence, she reluctantly agreed with the other jurors in open court because she feared she would have to stand up and explain to the court why she voted for Kenneth Boyd.

      As an officer of the court, I feel duty-bound to bring this to the Court and counsel's attention immediately. While plaintiff's counsel is in the process of briefing a Motion for New Trial, we believe that this recent turn of events warrants the Court's attention, especially in light of the imminency of your departure from this Court.

Honorable Kent A. Jordan
November 17, 2006
Page 2


We will file our reply to Defendant's Answer to our Motion for New Trial this afternoon. However, we respectfully request the opportunity to have a teleconference with Your Honor to discuss the ramifications of the juror affidavit.

Respectfully yours,

**JEFFREY K. MARTIN**

JKM/dal
Enclosure
cc:      Rosamarie Tassone, Esquire (w/enc.)