# A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-178 (KAJ) |
| | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

### AFFIDAVIT OF SANDRA WANAMAKER

STATE OF DELAWARE    )
                     )  ss
COUNTY OF NEW CASTLE )

I, Sandra Wanamaker, being duly sworn according to law, hereby depose and say as follows:

1. I served as Juror # 5 during the trial of <u>Kenneth A. Boyd v. City of Wilmington</u>.

2. On Tuesday, October 24, 2006, I spoke with Kenneth Boyd while in New Castle, DE.

3. I was the only African-American on the jury of nine people. The remaining eight jurors were Caucasian.

4. As soon as we went into the jury deliberation room, one juror insisted that we take a vote without discussing the facts of the matter. A vote was taken and although I was Juror No. 5, I was the last to vote. I voted for Kenneth Boyd and all of the other jurors voted for the City of Wilmington.

5. Following the initial vote, one of the male jurors was very mean and intimidating toward me. He was talking in a loud tone and was very disrespectful.

6. My voice began to quiver and I had tears in my eyes. I told this male juror not to raise his voice at me and that he was not going to talk to me like I am nobody. Everyone knew that I was the one who voted for Kenneth Boyd.

7. I felt very isolated being the only African American on the jury compromised of Caucasians.

8. The other jurors began speaking about getting out of there by 6:00 pm because they did not want to have to come back on Friday. Other jurors complained about chores they had to do, kids to pick up and the traffic. This made me uncomfortable.

9. We took another vote. Again, I was the only juror who voted for Boyd.

10. Following the second vote, I reluctantly agreed to come out of the jury deliberation room with things as they were, with my vote for Kenneth Boyd and all of the other jurors' votes for the City of Wilmington. I agreed to do this because I did not feel that I could convince the other jurors by myself so I agreed to let the majority win. At this time, I did not know it had to be a unanimous vote.

11. We did not take another vote and did not reach a unanimous decision.

12. After the decision was read and the Judge spoke I had no idea that I would have to say anything or that the jury would be polled. I was completely caught off guard when asked how I voted. I wanted to say that Kenneth Boyd was discriminated against but I was afraid because I am a shy person. I was scared that if I did not agree with the jury verdict the Judge would ask me to stand up and say why I felt Kenneth Boyd was discriminated against.

13. My voice sounded the way it did because I was very nervous, uncomfortable and very reluctant to say that Kenneth Boyd was not discriminated against.

14. I did not sleep or eat for a couple of days following this verdict.

*[signature]*
Sandra Wanamaker

SWORN TO AND SUBSCRIBED before me this 16 day of November 2006.

*[signature]*
Notary Public
My Commission Expires:

GRACE M. BOYD
NOTARY PUBLIC OF DELAWARE
My Commission Expires Nov. 9, 2009