**B**



ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

November 17, 2006

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

**VIA E-FILE AND FACSIMILE**
The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    Kenneth A. Boyd v. City of Wilmington
            C.A. No. 05-178 KAJ

Dear Judge Jordan:

      I am writing to bring to the Court's attention a most disturbing situation involving the above-captioned matter which was tried during the first week of October.

      Last evening, we obtained the affidavit of Juror No. 5, Sandra Wanamaker (a copy of this affidavit is attached hereto) who testified that a unanimous verdict was not reached by the jury of nine jurors. Instead, while the eight Caucasian jurors voted in favor of the City of Wilmington, Ms. Wanamaker continued to vote on behalf of plaintiff, Kenneth Boyd. Due to the pressure and intimidation placed on her by the other jurors, she reluctantly agreed to return to the courtroom, even though the jurors had not reached a unanimous verdict. Juror No. 5 had the mistaken belief that the verdict did not have to be unanimous and with the belief that she would not be required to speak in open Court. As a consequence, she reluctantly agreed with the other jurors in open court because she feared she would have to stand up and explain to the court why she voted for Kenneth Boyd.

      As an officer of the court, I feel duty-bound to bring this to the Court and counsel's attention immediately. While plaintiff's counsel is in the process of briefing a Motion for New Trial, we believe that this recent turn of events warrants the Court's attention, especially in light of the imminency of your departure from this Court.

* MEMBER OF THE HARMONIE GROUP

Honorable Kent A. Jordan
November 17, 2006
Page 2

      We will file our reply to Defendant's Answer to our Motion for New Trial this afternoon. However, we respectfully request the opportunity to have a teleconference with Your Honor to discuss the ramifications of the juror affidavit.

Respectfully yours,

**JEFFREY K. MARTIN**

JKM/dal
Enclosure
cc:    Rosamarie Tassone, Esquire (w/enc.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD,             : | |
|                              : | |
|     Plaintiff,      : | C.A. No. 05-178 (KAJ) |
|                              : | TRIAL BY JURY DEMANDED |
| v.                           : | |
|                              : | |
| CITY OF WILMINGTON,          : | |
|                              : | |
|     Defendant.      : | |

### AFFIDAVIT OF SANDRA WANAMAKER

STATE OF DELAWARE    )
                                   ) ss
COUNTY OF NEW CASTLE   )

    I, Sandra Wanamaker, being duly sworn according to law, hereby depose and say as follows:

1. I served as Juror # 5 during the trial of <u>Kenneth A. Boyd v. City of Wilmington</u>.

2. On Tuesday, October 24, 2006, I spoke with Kenneth Boyd while in New Castle, DE.

3. I was the only African-American on the jury of nine people. The remaining eight jurors were Caucasian.

4. As soon as we went into the jury deliberation room, one juror insisted that we take a vote without discussing the facts of the matter. A vote was taken and although I was Juror No. 5, I was the last to vote. I voted for Kenneth Boyd and all of the other jurors voted for the City of Wilmington.

5. Following the initial vote, one of the male jurors was very mean and intimidating toward me. He was talking in a loud tone and was very disrespectful.

6. My voice began to quiver and I had tears in my eyes. I told this male juror not to raise his voice at me and that he was not going to talk to me like I am nobody. Everyone knew that I was the one who voted for Kenneth Boyd.

7. I felt very isolated being the only African American on the jury compromised of Caucasians.

8. The other jurors began speaking about getting out of there by 6:00 pm because they did not want to have to come back on Friday. Other jurors complained about chores they had to do, kids to pick up and the traffic. This made me uncomfortable.

9. We took another vote. Again, I was the only juror who voted for Boyd.

10. Following the second vote, I reluctantly agreed to come out of the jury deliberation room with things as they were, with my vote for Kenneth Boyd and all of the other jurors' votes for the City of Wilmington. I agreed to do this because I did not feel that I could convince the other jurors by myself so I agreed to let the majority win. At this time, I did not know it had to be a unanimous vote.

11. We did not take another vote and did not reach a unanimous decision.

12. After the decision was read and the Judge spoke I had no idea that I would have to say anything or that the jury would be polled. I was completely caught off guard when asked how I voted. I wanted to say that Kenneth Boyd was discriminated against but I was afraid because I am a shy person. I was scared that if I did not agree with the jury verdict the Judge would ask me to stand up and say why I felt Kenneth Boyd was discriminated against.

13. My voice sounded the way it did because I was very nervous, uncomfortable and very reluctant to say that Kenneth Boyd was not discriminated against.

14. I did not sleep or eat for a couple of days following this verdict.

_[signature]_
Sandra Wanamaker

SWORN TO AND SUBSCRIBED before me this 16 day of November 2006.

_[signature]_
Notary Public
My Commission Expires:

GRACE M. BOYD
NOTARY PUBLIC OF DELAWARE
My Commission Expires Nov. 9, 2009