IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD,  :  <br> : <br> Plaintiff, : <br> : C.A. No. 05-178 (KAJ) <br> v. : TRIAL BY JURY DEMANDED <br> : <br> CITY OF WILMINGTON, : <br> : <br> Defendant. : | |

## NOTICE OF ELECTRONIC FILING

I, Lori A. Brewington, Esquire, do hereby certify that on November 17, 2006, I electronically filed Plaintiff's Reply to Motion For A New Trial And Incorporated Memorandum Of Supporting Points with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

> Rosamaria Tassone, Esquire
> Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801

**MARGOLIS EDELSTEIN**

/s/ Lori A Brewington
Jeffrey K. Martin (Del. Bar No. 2407)
Lori A. Brewington (Del. Bar No. 4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302)-777-4680
*Attorneys for Plaintiff*
*Kenneth A. Boyd*