IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-178 KAJ |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CITY OF WILMINGTON'S
MOTION TO SEAL ITS NOVEMBER 21, 2006 LETTER TO
THE HONORABLE KENT A. JORDAN**

For the reasons stated herein, Defendant City of Wilmington, by and through its counsel, respectfully requests that this Honorable Court grant its motion to seal its November 21, 2006 letter to the Honorable Kent A. Jordan until such time as the Court deems it appropriate to lift the seal. In support of its request, Defendant states the following:

1)   On November 17, 2006, counsel for Plaintiff filed a letter with the Court concerning allegations he received by Juror #5 in connection with the jury deliberations in the above captioned matter.

2)   Defendant City of Wilmington has drafted a letter in response to Plaintiff's letter which it is submitting to the Court today.

3)   Defendant's letter contains information regarding certain actions taken by Plaintiff Kenneth Boyd which may be protected from public disclosure by 11 Del. C. § 9200, et. seq., (hereafter referred to as the "Delaware Law Enforcement Officer's Bill of Rights"), absent an order from a court of competent jurisdiction.

4)   Out of an abundance of caution, Defendant respectfully requests that this Honorable

Court order its November 21, 2006 letter to the Court sealed until such time as the Court deems it appropriate to lift the seal.

5) Counsel for Defendant spoke with counsel for the Plaintiff via telephone regarding the Defendant's Motion to Seal said document.

6) Counsel for Plaintiff indicated that there is no opposition to the Defendant's Motion to Seal its November 21, 2006 letter.

WHEREFORE, Defendant respectfully requests that this Court enter an order sealing its November 21, 2006 letter to the Honorable Kent A. Jordan and attached hereto.

**CITY OF WILMINGTON, LAW DEPARTMENT**

/s/ Rosamaria Tassone
ROSAMARIA TASSONE, ESQUIRE (I.D. #3546)
First Assistant City Solicitor
City of Wilmington, Law Department
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant City of Wilmington

Dated:   November 21, 2006