# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 KAJ |
| v. | : |
| | : |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant City of Wilmington's Motion to Seal its November 21, 2006 letter to the Honorable Kent A. Jordan,

IT IS HEREBY ORDERED and DECREED that said document shall be sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff until such time as the Court deems that the seal should be lifted.

_____
J.