## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,                          :
                                          :
          Plaintiff,                      :
                                          :     C.A. No.  05-178 KAJ
v.                                        :
                                          :
CITY OF WILMINGTON,                       :
                                          :
          Defendant.                      :

## NOTICE OF ELECTRONIC FILING

I, Rosamaria Tassone, Esquire, hereby certify that on this 21st day of November, 2006, I

electronically filed Defendant City of Wilmington's Motion to Seal its November 21, 2006 Letter

to The Honorable Kent A. Jordan with the Clerk of Court using CM/ECF which will send

notification of such filing(s) to the following and that these documents are available for viewing and

downloading from CM/ECF:

> Jeffrey K. Martin, Esquire
> Lori Ann Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806


CITY OF WILMINGTON LAW DEPARTMENT


    /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendant