IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,

    Plaintiff,

v.

                              C.A. No. 05-178 KAJ

CITY OF WILMINGTON,

    Defendant.

**ORDER**

AND NOW, this 22nd day of Nov., 2006, upon consideration of Defendant City of Wilmington's Motion to Seal its November 21, 2006 letter to the Honorable Kent A. Jordan,

IT IS HEREBY ORDERED and DECREED that said document shall be sealed and shielded from public dissemination except to the parties involved in this matter and necessary court staff until such time as the Court deems that the seal should be lifted.

_____
J.