**SEALED DOCUMENT**

Case 1:05-cv-00178-SLR   Document 128   Filed 11/22/2006   Page 1 of 1