IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-178-KAJ |
| ) | |
| WILMINGTON POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court having granted the City of Wilmington's Motion to Seal its November 21, 2006 letter to the court (D.I. 126),

IT IS HEREBY ORDERED that the City of Wilmington shall, by November 28, 2006, file a redacted and public version of the November 21, 2006 letter.

_____
UNITED STATES DISTRICT JUDGE

November 22, 2006
Wilmington, Delaware