

ATTORNEYS AT LAW
www.margolisedelstein.com

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

December 22, 2006

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

**VIA HAND DELIVERY**
Mr. John J. Trickey
U.S. District Court
855 N. King Street
Wilmington, DE 19801

   Re:    *Kenneth A. Boyd v. City of Wilmington,*
          C.A. No. 05-178 (KAJ)
          *John Miller v. Town of Milton*
          C.A. No. 03-876 (SLR)
          *Everett Turner v. City of Wilmington,*
          C.A. No. 05-716 (GMS)
          FREEDOM OF INFORMATION ACT REQUEST

Dear Mr. Trickey:

       Pursuant to the Freedom of Information Act, I am requesting various documents in the possession of your office that relate to the jury selection process conducted by your office. The documents and/or statistics are as follows:

       1.    Number of potential jurors to whom Juror Qualification Questionnaires were sent over the last three years: 2004, 2005 and 2006.

       2.    The dates of the forwarding of the Jury Qualification Questionnaire and the number of responses thereto.

       3.    The racial profile of the potential jurors who submitted the Juror Qualification Questionnaire.

       4.    The percentage of African Americans who responded to the Juror Qualification Questionnaire.

       5.    For the three preceding years (2004, 2005 and 2006), the number of venires sent to the courtroom for jury selection.

       6.    During that three year period, the percentage of African Americans on the jury venires sent to the courtroom for jury selection.

* MEMBER OF THE HARMONIE GROUP

Mr. John Trickey
December 22, 2006
Page 2


   I appreciate your efforts in responding to these various requests.  Because I am not familiar with how the information is kept, one or more of these requests may appear to be impractical.  I would welcome your call in regard to how to better structure any of the requests that I have made within this letter.

   Thank you for your time and attention to this matter.

             Very truly yours,

             **JEFFREY K. MARTIN**

JKM/dal