

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

JEFFREY K. MARTIN, ESQUIRE
jmartin@margolisedelstein.com

January 8, 2007

The Honorable Sue L. Robinson
Chief Judge
U.S. District for the District of Delaware
844 N. King Street
Wilmington, DE 19801

     Re:    Kenneth A. Boyd v. City of Wilmington
            C.A. No. 05-178 (SLR)

Dear Chief Judge Robinson:

     As counsel for Plaintiff, we acknowledge, with appreciation, that the above-captioned matter has been assigned to Your Honor. In view of the pending Motion for New Trial, we are grateful that this matter does not have to await reassignment to Judge Jordan's successor.

     With that said, however, there is one area of concern with regard to the reassignment of this matter to a different trial judge. Plaintiff, as part of the Motion for New Trial, stated by way of counsel's affidavit that the response of the lone African-American juror (Juror No. 5) during jury polling was distinctly different from the response of the other eight (8) Caucasian jurors. In fact, it was Juror No. 5's distinct and reluctant response that prompted Plaintiff's counsel to probe into the jury selection process for this Court. It was quite evident to Plaintiff and his counsel that this juror voiced great reluctance with the verdict reached by the other eight (8) jurors. Indeed, in a post-trial affidavit, Juror No. 5 testified that she never agreed with this verdict. Contrary to the assertions of Plaintiff's counsel in the Motion and supporting documents, counsel for the City of Wilmington, Rosemaria Tassone, Esquire, stated in her opposing papers that there was not a difference in the response of Juror No. 5 from the responses of any of the other jurors.

\* MEMBER OF THE HARMONIE GROUP

Honorable Sue L. Robinson
January 8, 2007
Page 2


In light of the distinct differences in characterizations of Juror No. 5's response between counsel, it is respectfully requested that, if appropriate, the recollection of the trial judge, Kent A. Jordan, be considered in the Court's determination of this matter.

Respectfully submitted,

JEFFREY K. MARTIN

JKM/dal
cc:   The Honorable Kent A. Jordan, U.S. Court of Appeals
      Rosemaria Tassone, Esquire