IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (KAJ) |
| v. | : TRIAL BY JURY DEMANDED |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on February 16, 2007, I electronically filed ***Plaintiff's Motion for Certification of Order*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below and sent by First Class U.S. Mail, postage prepaid:

Rosemarie Tassone
Assistant City Solicitor
City of Wilmington
800 North French Street, 9th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
Attorney for Plaintiff Kenneth A. Boyd