IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH A. BOYD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-178 (SLR) |
| v. | : | |
| | : | |
| CITY OF WILMINGTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this ____ day of February, 2007, having considered plaintiff's motion for certification of judgment pursuant to FRCP 54(b);

IT IS ORDERED that plaintiff's motion for certification of this Court's decision denying plaintiff's motion for a new trial *in part* is granted.


                                                                _____
                                                                United States District Judge