IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (SLR) |
| v. | : |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

## ORDER

At Wilmington this 22d day of February, 2007, having considered plaintiff's motion for certification of judgment pursuant to FRCP 54(b);

IT IS ORDERED that plaintiff's motion for certification of this Court's decision denying plaintiff's motion for a new trial *in part* is granted.

_____
United States District Judge