IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (SLR) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON, | : |
| Defendant. | : |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kenneth Boyd, by and through his attorneys Margolis Edelstein, appeals to the United States Court of Appeals for the Third Circuit the attached Order of the District Court denying Plaintiff's Motion for a New Trial in part based upon the constitutionally flawed jury selection process in the U.S. District Court for the District of Delaware entered in this action on January 16, 2007 (attached as Exhibit A), and certified as a final judgment pursuant to FRCP 54(b) on February 22, 2007 (attached as Exhibit B).

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (DE #2407)
Lori A. Brewington, Esquire(DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19801
Attorneys for Plaintiff
(302)777-4680

Dated: March 9, 2007