IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH A. BOYD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-178 (SLR) |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| CITY OF WILMINGTON, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March 9, 2007, I electronically filed *Notice of Appeal* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorneys-of-record below:

> Rosamaria Tassone, Esquire
> Assistant City Solicitor
> City of Wilmington Law Department
> Louis L. Redding City/County Building
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801

> MARGOLIS EDELSTEIN
>
> _/s/ Lori A. Brewington_
> Jeffrey K. Martin, Esquire (DE #2407)
> Lori A. Brewington, Esquire (DE #4522)
> 1509 Gilpin Avenue
> Wilmington, Delaware 19806
> Attorneys for Plaintiff
> (302)777-4680