# MARTIN & WILSON, P.A.

### *Workplace Advocates*
1509 Gilpin Avenue
Wilmington, DE  19806

Jeffrey K. Martin, Esquire*  Telephone:  (302)  777-4681
Timothy J. Wilson, Esquire*  Facsimile:  (302)  777-5803

*Licensed in DE, PA and NJ

May 10, 2007

Chief Judge Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street
Room 4209
Lockbox
Wilmington, DE  19801

### RE:   BOYD  v.  CITY OF WILMINGTON

Dear Judge Robinson:

I conferred with the attorney for the City of Wilmington, Rose Tassone, on Monday and learned that the docket in the above captioned matter is listed as "closed." A couple of months ago we were notified that the docket was closed whereupon we contacted the Clerk of the Court advising that post trial motions remained pending. As the Court may recall, there was a partial decision on the post trial motions wherein the Court denied plaintiff's motion with regard to the jury selection process. The remaining portion of the post trial motion was not ruled upon as noted in the Court's Opinion.

By copy of this letter to the Clerk of the Court, I respectfully request that the docket be reopened so that the remaining post trial motion may be considered by and ruled upon by the Court.

Respectfully yours,

JEFFREY K. MARTIN

JKM:njj
cc:    Rosamaria Tassone, Esquire
       Clerk of Court