UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>07-1731</u>

Boyd v. Wilmington Police Department
(D. Del. No. 05-cv-00178)

**O R D E R**

    The above-captioned appeal will not be listed for dismissal at this time. All responses filed by the parties in reference to the jurisdictional issue are referred to the Merits Panel. This does not in any way signify that a determination of jurisdiction has been made; only the Court can make such a decision.

    On October 12, 2006, judgment was entered in favor of Defendant City of Wilmington and against Plaintiff Kenneth A. Boyd. On October 26, 2006, Plaintiff filed a motion for new trial, citing two grounds for the District Court to consider. On January 16, 2007, the District Court entered an order denying in part the motion for new trial, specifically addressing only the jury selection argument put forth by Plaintiff and not the impeachment instruction argument. As the time for appeal has been tolled under Fed. R. App. P. 4(a)(4) by the timely filing of a Fed. R. Civ. P. 59 motion, this appeal cannot proceed forward until the motion has been fully ruled on by the District Court.

    Accordingly, the appeal is hereby stayed pending disposition of the motion. The parties are directed to file written reports addressing the status of the pending motion on August 28, 2007, and every thirty (30) days thereafter until the motion is determined. The parties are further ORDERED to advise this Court within seven (7) days of the entry of the District Court's order disposing of the remainder of the motion for new trial.

    It should be noted that appellate review of the District Court's decision regarding the post-decision motion requires the party to file an amended notice of appeal within the time prescribed by Rule 4(a), measured from the entry of the order disposing of the last outstanding post-decision motion specified in the rule.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 27, 2007

CH/cc: Lori A. Brewington, Esq.
      Jeffrey K. Martin, Esq.
      Rosamaria Tassone, Esq.