## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,                          :
                                          :
        Plaintiff,                     :
                                          :     C.A. No.  05-178 SLR
v.                                        :     TRIAL BY JURY DEMANDED
                                          :
WILMINGTON POLICE DEPARTMENT,  :
                                          :
        Defendant.                     :

### PLAINTIFF KENNETH A. BOYD'S STATUS REPORT

Plaintiff, Kenneth A. Boyd, by and through his attorneys, Martin & Wilson, P.A., hereby

state that post trial motions in the matter pending before the Court have not been adjudicated.

Counsel for Plaintiff/Appellant will report to this Court again as directed on September 28, 2007

regarding the status of the pending pretrial motions.

                                    **MARTIN & WILSON, P.A.**

                                    **JEFFREY K. MARTIN, ESQUIRE (#2407)**
                                    1508 Pennsylvania Avenue
                                    Wilmington, Delaware 19806
                                    (302) 777-4681 phone
                                    jmartin@martinandwilson.com
                                    Attorneys for Plaintiff

DATED: August 28, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENNETH A. BOYD,                           :
                                           :
              Plaintiff,                   :
                                           :     C.A. No.  05-178 SLR
v.                                         :     TRIAL BY JURY DEMANDED
                                           :
WILMINGTON POLICE DEPARTMENT,              :
                                           :
              Defendant.                   :

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on August 28, 2007, I filed via

CM/EMF copies of the foregoing **Plaintiff Kenneth A. Boyd's Status Report** to the following:

Rosamaria Tassone, Esquire
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Wilmington Police Department

                              MARTIN & WILSON, P.A.


                              _____
                              JEFFREY K. MARTIN, ESQUIRE (#2407)
                              1508 Pennsylvania Avenue
                              Wilmington, Delaware 19806
                              (302) 777-4681 phone
                              jmartin@martinandwilson.com
                              Attorneys for Plaintiff