OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4926

www.ca3.uscourts.gov

November 28, 2007



Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 07-1731
    Boyd vs. Wilmington Pol Dept
    D. C. No. 05-cv-00178 -SLR

Dear Mr. Dalleo:

   Receipt is acknowledged on November 28, 2007, of notice of appeal filed with the district court on November 27, 2007, in the above-captioned case.

   Since the notice of appeal filed on November 27, 2007 merely amends the appeal already docketed at No. 07-1731, this notice will not be given a new number but will be placed in the file.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                By:  Carolyn Hicks
                                     Case Manager

cc:
    Jeffrey K. Martin, Esq.
    Lori A. Brewington, Esq.
    Rosamaria Tassone, Esq.